I H-11.Revised 8/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

UNITED STATES OF AMERICA

— v —

William McFarland
                                       Defendant

------------------------------------------------- X

[STAMP: U.S. DISTRICT COURT FILED JUL 01 2017 S.D. OF N.Y.]

DOC #_____

ORDER APPOINTING COUNSEL
(Federal Defenders of New York, Inc.)

Docket # 17 MAG 4988

Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

Check one)     ✓        all proceedings

               ____     bail/presentiment only

               ____     other (specify)   SABRINA SHROFF

If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date  7/1/17

_____
Signature of U.S. Judge or Magistrate Judge
Kevin Nathaniel Fox

or by order of the Court:

_____
Clerk or Deputy

TO:   **CLERK OF COURT**
      **United States District Court**
      **Southern District of New York**

      Federal Defenders of New York, Inc.
      52 Duane Street, 10th Floor
      New York, New York  10007

Copy 1 – Retain in Magistrate Judge File
Copy 2 – To Federal Defenders of New York, Inc.
Copy 3 – To U.S.D.C. Clerks Office ( Attn: C.J.A. Clerk)