

RANDALL W. JACKSON
Tel.: (212) 303-3650
E-mail: rjackson@bsfllp.com

November 15, 2017

**BY ECF AND FAX**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. William McFarland*, 17 Cr. 600 (NRB)

Dear Judge Buchwald:

    This letter is respectfully submitted to request a temporary modification to the terms of Mr. McFarland's pre-trial release conditions. Specifically, we request that the Court authorize Mr. McFarland to travel to New Haven, Connecticut on Thursday, November 16, 2017, from approximately 7:30 p.m. until approximately 1:00 a.m. We have advised Pre-trial Services and the Government of this request. The Government has informed us that it has no objection to this request. We appreciate the Court's consideration.

                                                                          Respectfully submitted,

                                                                         /s/ Randall W. Jackson
                                                                       Randall W. Jackson

**CC BY ELECTRONIC MAIL:**
AUSA Kristy Greenberg
U.S. Pre-trial Services Office

BOIES SCHILLER FLEXNER LLP