**BSF** | BOIES
SCHILLER
FLEXNER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/17
```

December 19, 2017

**BY ECF AND FAX**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *United States v. William McFarland*, 17 Cr. 600 (NRB)

Dear Judge Buchwald:

     This letter is respectfully submitted to request a temporary modification to the terms of Mr. McFarland's pre-trial release conditions. Specifically, we request that the Court authorize Mr. McFarland to travel for the holidays to Greenwich, Connecticut at approximately 4:00 p.m. on Friday, December 22, 2017, and from there to Wayne, Pennsylvania on Saturday, December 23, 2017, returning to the New York / New Jersey area at approximately 8:00 p.m. that evening.

     We have advised Pre-trial Services and the Government of this request. The Government has informed us that it has no objection to this request. We appreciate the Court's consideration.

*[Handwritten annotation: Application granted. Naomi Reice Buchwald, USDJ, 12/21/17]*

Respectfully submitted,

Karen A. Chesley

**CC BY ELECTRONIC MAIL:**
AUSA Kristy Greenberg
U.S. Pre-trial Services Office

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsfllp.com