

June 8, 2018

**BY EMAIL**

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *United States v. William McFarland,* No. 17-cr-600 (NRB)

Dear Judge Buchwald:

     This letter is respectfully submitted to request authorization for my client, William McFarland, to travel to Pennsylvania on Saturday, June 9, 2018, for the day, to celebrate his grandparents' 60th anniversary. He plans to travel with his parents and return the same day. I have sought permission from the Government but have not heard back from them. The Government has approved similar travel before in this case. I appreciate Your Honor's consideration.

                                     Respectfully submitted,

                                       __/s/ R. Jackson_____
                                       Randall W. Jackson