

June 28, 2018

**BY ECF AND FAX**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:**    *United States v. William McFarland*, 17 Cr. 600 (NRB)

Dear Judge Buchwald:

    In accordance with our prior conference with the Court, we respectfully request that the Court issue the proposed order attached hereto as Exhibit A requiring the Bureau of Prisons and the U.S. Marshal's Service to take the necessary steps for the Defendant, Billy McFarland, to be provided with his eyeglasses at his place of detention. Without his glasses, Mr. McFarland has extremely poor vision and is almost legally blind, which presents serious safety concerns.

    We appreciate the Court's consideration.

Respectfully submitted,

Karen A. Chesley

**CC BY ELECTRONIC MAIL:**
AUSA Kristy Greenberg
U.S. Pre-trial Services Office