**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/18
```

UNITED STATES OF AMERICA

v.

WILLIAM MCFARLAND,

        Defendant.

No. 17-cr-600 (NRB)

[PROPOSED] ORDER

Upon the application of Defendant William McFarland, who is currently detained pending sentencing in the above-captioned action, it is hereby ORDERED that the Federal Bureau of Prisons and the U.S. Marshal's Service shall take the necessary steps for Mr. McFarland to be provided with his eyeglasses at his place of detention.

Dated: New York, NY
       June 29, 2018

Honorable Naomi R. Buchwald  Gregory H. Woods
United States District Judge