

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

<i>The Silvio J. Mollo Building<br>
One Saint Andrew's Plaza<br>
New York, New York 10007</i>

July 10, 2018

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 21A
New York, New York 10007

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1105
New York, New York 10007

    Re:    *United States v. William McFarland*, S1 17 Cr. 600 (NRB)
              *United States v. William McFarland,* 18 Cr. 446 (JMF)

Your Honors:

    The Government respectfully submits this letter to request a three-week adjournment of the deadlines set in both of the above-captioned cases in order to allow the parties additional time to engage in discussions regarding a potential universal disposition to both cases.  In particular, an adjournment of the current deadlines by three weeks would provide sufficient time for new defense counsel recently appointed to represent the defendant in the case before Judge Furman to familiarize herself with the case.  Defense counsel in both cases consent to this request.

Thank you for your prompt attention to this matter.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney


by:   /s/ Kristy J. Greenberg
      Kristy J. Greenberg
      Assistant United States Attorney
      (212) 637-2469

cc:     Defense Counsel of Record