UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

October 2, 2018

Kristy J. Greenberg
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007

Randall W. Jackson
Karen A. Chesley
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/18

**Re: United States v. William McFarland, 17 Cr. 600 (NRB)**

Dear Counsel:

      This notice is to inform you that the author of the letter in support of Mr. McFarland filed at Doc. 38, Ex. A, 56-57 has contacted chambers to request that the letter be withdrawn from consideration.  The Court has granted that request.

Very truly yours,

*Naomi Reice Buchwald*
Naomi Reice Buchwald
United States District Judge