Exhibit A: William McFarland Bank Account Personal Expenses (May 2016 – April 2017)

| Date | Amount | Name | Description |
|------|--------|------|-------------|
| 4/26/2017 | 9.99 | Apple | |
| 4/26/2017 | 11.96 | Apple | |
| 4/26/2017 | 175.70 | Con Ed | |
| 4/25/2017 | 32.27 | Trycaviar Food Delivery | |
| 4/25/2017 | 11,272.73 | Ikea | |
| 4/24/2017 | 445.20 | Ikea | |
| 4/24/2017 | 30,840.96 | Ikea | |
| 4/20/2017 | 3,544.14 | Bluecosmo | |
| 4/18/2017 | 221.73 | Santander Consumer - auto loan | |
| 4/18/2017 | 2,010.95 | Santander Consumer - auto loan | |
| 4/18/2017 | 29,800.00 | Superior Importers | |
| 4/13/2017 | 9.99 | Apple | |
| 4/13/2017 | 10.88 | Apple | |
| 4/10/2017 | 35.87 | Seamless Food Delivery | |
| 4/10/2017 | 42.45 | Seamless Food Delivery | |
| 4/7/2017 | 8,000.00 | Amanda Paige Interiors | |
| 4/5/2017 | 21,750.00 | Rent - 345 W 14th, Penthouse B | |
| 4/4/2017 | 1,000.00 | Lavo Restaurant | |
| 3/30/2017 | 2.99 | Apple | |
| 3/29/2017 | 529.07 | Verizon Wireless | |
| 3/29/2017 | 15,000.00 | Amanda Paige Interiors | |
| 3/28/2017 | 200.00 | Cleaning | |
| 3/28/2017 | 877.98 | Con Ed | |
| 3/27/2017 | 9.99 | Apple | |
| 3/27/2017 | 20.19 | Seamless Food Delivery | |
| 3/27/2017 | 48.00 | Seamless Food Delivery | |
| 3/27/2017 | 1,333.13 | Amanda Stopler | |
| 3/27/2017 | 10,000.00 | Amanda Paige Interiors | |
| 3/24/2017 | 44.16 | Seamless Food Delivery | |
| 3/24/2017 | 100.00 | Hotel Gansevoort | |
| 3/24/2017 | 976.65 | Hotel Gansevoort | |
| 3/24/2017 | 5,000.00 | Amanda Paige Interiors | |
| 3/23/2017 | 8.97 | Apple | |
| 3/23/2017 | 90.13 | Seamless Food Delivery | |
| 3/23/2017 | 240.08 | Uber | |
| 3/22/2017 | 42.45 | Seamless Food Delivery | |
| 3/20/2017 | 1,644.43 | Broadway Furniture | |
| 3/15/2017 | 9.99 | Apple | |
| 3/15/2017 | 27.00 | Apple | |
| 3/15/2017 | 200.00 | Cleaning | |
| 3/15/2017 | 1,949.41 | Santander Consumer - auto loan | |
| 3/15/2017 | 3,069.19 | Apple | |
| 3/14/2017 | 10.88 | Apple | |
| 3/13/2017 | 9.80 | Apple | |
| 3/13/2017 | 82.19 | Trycaviar Food Delivery | |
| 3/13/2017 | 9,637.49 | Amanda Paige Interiors | |
| 3/10/2017 | 9.99 | Apple | |
| 3/10/2017 | 11.15 | Taxi | |
| 3/10/2017 | 23.79 | Seamless Food Delivery | |
| 3/10/2017 | 24.86 | Uber | |
| 3/10/2017 | 272.18 | Best Buy | |

| Date | Amount | Description |
|---|---:|---|
| 3/10/2017 | 1,138.40 | Maserati of Manhattan |
| 3/9/2017 | 2.17 | Apple |
| 3/9/2017 | 200.00 | Cleaning |
| 3/8/2017 | 134.21 | Trycaviar Food Delivery |
| 3/7/2017 | 32.28 | Uber |
| 3/6/2017 | 12.95 | Taxi |
| 3/6/2017 | 44.62 | Uber |
| 3/6/2017 | 47.68 | Uber |
| 3/6/2017 | 150.00 | Cleaning |
| 3/6/2017 | 993.75 | Amanda Paige Interiors |
| 3/4/2017 | 20.15 | Taxi |
| 3/4/2017 | 865.31 | Tao New York |
| 3/3/2017 | 36.43 | Trycaviar Food Delivery |
| 3/3/2017 | 71.77 | Trycaviar Food Delivery |
| 3/3/2017 | 2,320.00 | Studio XXI |
| 3/3/2017 | 22,225.00 | Rent - 345 W 14th, Penthouse B |
| 3/2/2017 | 12.96 | Uber |
| 2/27/2017 | 8.70 | Sixty Beverly Hills |
| 2/27/2017 | 8.97 | Apple |
| 2/27/2017 | 9.79 | Sixty Beverly Hills |
| 2/27/2017 | 200.00 | Cleaning |
| 2/27/2017 | 2,327.29 | Sixty Beverly Hills |
| 2/27/2017 | 2,634.65 | Sixty Beverly Hills |
| 2/27/2017 | 9,241.28 | Amanda Paige Interiors |
| 2/24/2017 | 22.60 | Trycaviar Food Delivery |
| 2/24/2017 | 64.62 | Trycaviar Food Delivery |
| 2/23/2017 | 8.97 | Apple |
| 2/22/2017 | 2,913.46 | Amanda Paige Interiors |
| 2/21/2017 | 49.20 | Trycaviar Food Delivery |
| 2/21/2017 | 631.24 | Dream Hotel |
| 2/17/2017 | 50.20 | Trycaviar Food Delivery |
| 2/17/2017 | 86.43 | Trycaviar Food Delivery |
| 2/17/2017 | 472.56 | Restoration Hardware |
| 2/16/2017 | 42.50 | Seamless Food Delivery |
| 2/16/2017 | 2,010.94 | Santander Consumer - auto loan |
| 2/15/2017 | (225.00) | Cleaning |
| 2/15/2017 | 26.13 | Restoration Hardware |
| 2/15/2017 | 56.82 | Trycaviar Food Delivery |
| 2/15/2017 | 4,028.36 | Sleepys |
| 2/14/2017 | 9.99 | Apple |
| 2/14/2017 | 10.88 | Apple |
| 2/14/2017 | 203.60 | Restoration Hardware |
| 2/13/2017 | 29.90 | Trycaviar Food Delivery |
| 2/13/2017 | 1,234.02 | Restoration Hardware |
| 2/13/2017 | 6,766.58 | Domus Design Collection |
| 2/12/2017 | 1,825.00 | Parking |
| 2/10/2017 | 1,048.00 | Restoration Hardware |
| 2/10/2017 | 5,517.79 | Z Gallerie |
| 2/8/2017 | 279.81 | Restoration Hardware |
| 2/8/2017 | 500.00 | Cleaning |
| 2/6/2017 | 185.13 | Uber |
| 2/2/2017 | 5.98 | Apple |
| 2/2/2017 | 127.27 | Crate and Barrel |

| Date | Amount | Description |
|---|---|---|
| 2/2/2017 | 10,464.25 | Amanda Paige Interiors |
| 1/31/2017 | 26.52 | Seamless Food Delivery |
| 1/31/2017 | 27.37 | Seamless Food Delivery |
| 1/31/2017 | 215.72 | Verizon Wireless |
| 1/31/2017 | 500.00 | Cleaning |
| 1/30/2017 | (3,330.02) | Restoration Hardware |
| 1/30/2017 | 22.31 | Uber |
| 1/30/2017 | 30.90 | Trycaviar Food Delivery |
| 1/30/2017 | 37.71 | Trycaviar Food Delivery |
| 1/30/2017 | 60.10 | Seamless Food Delivery |
| 1/30/2017 | 216.66 | Restoration Hardware |
| 1/30/2017 | 1,157.93 | Verizon Wireless |
| 1/30/2017 | 2,118.71 | Restoration Hardware |
| 1/26/2017 | 870.99 | Best Buy |
| 1/26/2017 | 5,000.00 | Amanda Stoopler |
| 1/25/2017 | 216.66 | Restoration Hardware |
| 1/25/2017 | 2,105.37 | Restoration Hardware |
| 1/25/2017 | 2,359.32 | Restoration Hardware |
| 1/25/2017 | 2,608.65 | Restoration Hardware |
| 1/25/2017 | 5,000.00 | Amanda Stoopler |
| 1/24/2017 | 1,500.00 | Rent - 345 W 14th, 2A |
| 1/24/2017 | 1,681.03 | Restoration Hardware |
| 1/24/2017 | 2,650.02 | Restoration Hardware |
| 1/23/2017 | 10.88 | Apple |
| 1/23/2017 | 216.66 | Restoration Hardware |
| 1/23/2017 | 688.11 | Sixty Beverly Hills |
| 1/23/2017 | 6,923.11 | Restoration Hardware |
| 1/23/2017 | 6,968.00 | Safavieh Home Furnishings |
| 1/19/2017 | 100.00 | Cleaning |
| 1/19/2017 | 2,560.98 | Farrow Ball |
| 1/18/2017 | 67.52 | Trycaviar Food Delivery |
| 1/18/2017 | 5,350.12 | Restoration Hardware |
| 1/17/2017 | 10.12 | Uber |
| 1/17/2017 | 20.39 | Uber |
| 1/17/2017 | 23.46 | Seamless Food Delivery |
| 1/17/2017 | 24.62 | Seamless Food Delivery |
| 1/17/2017 | 24.73 | Uber |
| 1/17/2017 | 27.11 | Seamless Food Delivery |
| 1/17/2017 | 43.41 | Trycaviar Food Delivery |
| 1/17/2017 | 44.32 | Trycaviar Food Delivery |
| 1/17/2017 | 49.20 | Trycaviar Food Delivery |
| 1/17/2017 | 1,788.00 | Restoration Hardware |
| 1/17/2017 | 1,837.28 | Farrow Ball |
| 1/17/2017 | 6,927.50 | Restoration Hardware |
| 1/12/2017 | 1,232.30 | Verizon Wireless |
| 1/11/2017 | 2,010.94 | Santander Consumer - auto loan |
| 1/10/2017 | 100.00 | Cleaning |
| 1/10/2017 | 109.59 | Uber |
| 1/10/2017 | 7,950.00 | Rent - 345 W 14th, 2A |
| 12/30/2016 | 5.98 | Apple |
| 12/29/2016 | 87.84 | Uber |
| 12/29/2016 | 158.70 | Uber |
| 12/28/2016 | 15.14 | Uber |

| Date | Amount | Description |
|---|---|---|
| 12/28/2016 | 16.95 | Uber |
| 12/28/2016 | 18.48 | Uber |
| 12/28/2016 | 29.92 | Seamless Food Delivery |
| 12/28/2016 | 209.41 | Verizon Wireless |
| 12/27/2016 | 20.55 | Uber |
| 12/27/2016 | 21.96 | Uber |
| 12/27/2016 | 28.76 | Uber |
| 12/27/2016 | 35.96 | Uber |
| 12/27/2016 | 47.62 | Seamless Food Delivery |
| 12/27/2016 | 48.89 | Uber |
| 12/27/2016 | 178.75 | Uber |
| 12/23/2016 | 2.99 | Apple |
| 12/23/2016 | 10.00 | Uber |
| 12/23/2016 | 15.19 | Uber |
| 12/21/2016 | 10.00 | Uber |
| 12/21/2016 | 23.75 | Uber |
| 12/21/2016 | 175.00 | Cleaning |
| 12/20/2016 | 26.06 | Seamless Food Delivery |
| 12/19/2016 | 23.53 | Uber |
| 12/19/2016 | 24.06 | Uber |
| 12/19/2016 | 29.49 | Seamless Food Delivery |
| 12/19/2016 | 34.30 | Seamless Food Delivery |
| 12/19/2016 | 45.35 | Uber |
| 12/19/2016 | 46.67 | Trycaviar Food Delivery |
| 12/19/2016 | 64.59 | Uber |
| 12/19/2016 | 250.00 | Dream Hotel |
| 12/19/2016 | 319.07 | Dream Hotel |
| 12/19/2016 | 329.96 | Dream Hotel |
| 12/19/2016 | 345.20 | Dream Hotel |
| 12/19/2016 | 616.82 | Dream Hotel |
| 12/19/2016 | 2,010.94 | Santander Consumer - auto loan |
| 12/16/2016 | 26.78 | Uber |
| 12/15/2016 | 33.97 | Seamless Food Delivery |
| 12/14/2016 | 13.87 | Apple |
| 12/8/2016 | 15.00 | Uber |
| 12/7/2016 | 64.99 | Uber |
| 12/7/2016 | 82.19 | Trycaviar Food Delivery |
| 12/6/2016 | 15.47 | Uber |
| 12/6/2016 | 15.57 | Uber |
| 12/6/2016 | 17.65 | Seamless Food Delivery |
| 12/6/2016 | 22.14 | Uber |
| 12/5/2016 | 8.97 | Apple |
| 12/5/2016 | 15.34 | Uber |
| 12/5/2016 | 16.45 | Uber |
| 12/5/2016 | 18.68 | Uber |
| 12/5/2016 | 19.08 | Uber |
| 12/5/2016 | 20.99 | Uber |
| 12/5/2016 | 21.22 | Trycaviar Food Delivery |
| 12/5/2016 | 22.00 | Uber |
| 12/5/2016 | 22.19 | Uber |
| 12/5/2016 | 23.08 | Uber |
| 12/5/2016 | 23.93 | Uber |
| 12/5/2016 | 47.22 | Trycaviar Food Delivery |

| Date | Amount | Description |
|---|---|---|
| 12/2/2016 | 21.02 | Trycaviar Food Delivery |
| 12/2/2016 | 26.66 | Uber |
| 12/2/2016 | 7,950.00 | Rent - 345 W 14th, 2A |
| 12/1/2016 | 5.98 | Apple |
| 12/1/2016 | 22.49 | Uber |
| 12/1/2016 | 24.45 | Uber |
| 11/30/2016 | 19.22 | Uber |
| 11/30/2016 | 45.99 | Seamless Food Delivery |
| 11/30/2016 | 98.68 | Trycaviar Food Delivery |
| 11/29/2016 | 42.19 | Seamless Food Delivery |
| 11/29/2016 | 209.41 | Verizon Wireless |
| 11/28/2016 | 2.99 | Apple |
| 11/28/2016 | 23.95 | Seamless Food Delivery |
| 11/28/2016 | 147.95 | Trycaviar Food Delivery |
| 11/28/2016 | 338.24 | Uber |
| 11/25/2016 | (3,000.00) | Capital Investment Realty Group |
| 11/25/2016 | 14.99 | Apple |
| 11/25/2016 | 22.51 | Uber |
| 11/25/2016 | 44.65 | Uber |
| 11/25/2016 | 168.12 | Uber |
| 11/25/2016 | 280.27 | Old Homestead |
| 11/23/2016 | 46.38 | Seamless Food Delivery |
| 11/23/2016 | 125.00 | Cleaning |
| 11/22/2016 | 97.72 | Uber |
| 11/22/2016 | 925.00 | Parking |
| 11/22/2016 | 5,650.00 | Capital Investment Realty Group |
| 11/21/2016 | 83.48 | Uber |
| 11/16/2016 | 2.45 | Starbucks |
| 11/16/2016 | 9.95 | Taxi |
| 11/16/2016 | 15.95 | Taxi |
| 11/15/2016 | 29.71 | Seamless Food Delivery |
| 11/14/2016 | 10.88 | Apple |
| 11/14/2016 | 20.30 | Taxi |
| 11/14/2016 | 33.71 | Trycaviar Food Delivery |
| 11/14/2016 | 100.00 | Cleaning |
| 11/10/2016 | 160.00 | Life Time Fitness |
| 11/8/2016 | 17.53 | Seamless Food Delivery |
| 11/8/2016 | 23.87 | Seamless Food Delivery |
| 11/8/2016 | 100.00 | Cleaning |
| 11/8/2016 | 140.65 | Trycaviar Food Delivery |
| 11/7/2016 | 2.99 | Apple |
| 11/7/2016 | 9.35 | Taxi |
| 11/7/2016 | 125.21 | Seamless Food Delivery |
| 11/7/2016 | 1,515.12 | Gilded Lily |
| 11/3/2016 | 285.62 | Catch New York Restaurant |
| 11/3/2016 | 16,381.47 | Barneys New York |
| 11/2/2016 | 14.96 | Apple |
| 11/2/2016 | 250.00 | Cleaning |
| 10/31/2016 | 11.62 | Taxi |
| 10/28/2016 | 11.60 | Taxi |
| 10/28/2016 | 14.75 | Taxi |
| 10/28/2016 | 209.41 | Verizon Wireless |
| 10/28/2016 | 5,394.04 | Pan Aqua Diving |

| Date | Amount | Description |
|---|---|---|
| 10/27/2016 | 3,421.85 | Fifth Avenue |
| 10/26/2016 | 20.34 | Seamless Food Delivery |
| 10/26/2016 | 90.80 | Trycaviar Food Delivery |
| 10/25/2016 | 16.13 | Seamless Food Delivery |
| 10/24/2016 | 15.49 | Seamless Food Delivery |
| 10/24/2016 | 26.17 | Trycaviar Food Delivery |
| 10/21/2016 | 18.95 | Taxi |
| 10/19/2016 | 22.27 | Seamless Food Delivery |
| 10/19/2016 | 100.00 | Cleaning |
| 10/18/2016 | 50.00 | Acorns Investing |
| 10/18/2016 | 50.00 | Acorns Investing |
| 10/17/2016 | 43.62 | Trycaviar Food Delivery |
| 10/17/2016 | 50.00 | Acorns Investing |
| 10/17/2016 | 1,942.19 | Santander Consumer - auto loan |
| 10/17/2016 | 2,010.94 | Santander Consumer - auto loan |
| 10/14/2016 | (13,607.75) | Acorns Investing |
| 10/14/2016 | 50.00 | Acorns Investing |
| 10/14/2016 | 100.00 | Cleaning |
| 10/13/2016 | 50.00 | Acorns Investing |
| 10/13/2016 | 84.24 | Wine |
| 10/13/2016 | 185.33 | Wine |
| 10/13/2016 | 900.00 | Parking |
| 10/13/2016 | 10,000.00 | Rent - 345 W 14th, 2A |
| 10/13/2016 | 12,026.84 | Megu Restaurant |
| 10/13/2016 | 19,313.23 | Barneys New York |
| 10/11/2016 | 14.70 | Seamless Food Delivery |
| 10/11/2016 | 43.83 | Seamless Food Delivery |
| 10/11/2016 | 50.00 | Acorns Investing |
| 10/7/2016 | 50.00 | Acorns Investing |
| 10/6/2016 | 50.00 | Acorns Investing |
| 10/5/2016 | 50.00 | Acorns Investing |
| 10/4/2016 | 50.00 | Acorns Investing |
| 10/4/2016 | 50.00 | Acorns Investing |
| 10/4/2016 | 50.00 | Acorns Investing |
| 10/3/2016 | 21.34 | Seamless Food Delivery |
| 10/3/2016 | 50.00 | Acorns Investing |
| 10/3/2016 | 154.91 | Uber |
| 10/3/2016 | 489.29 | Pan Aqua Diving |
| 9/30/2016 | 50.00 | Acorns Investing |
| 9/30/2016 | 136.47 | Seamless Food Delivery |
| 9/30/2016 | 2,160.00 | Sportspass |
| 9/29/2016 | 38.76 | Seamless Food Delivery |
| 9/29/2016 | 50.00 | Acorns Investing |
| 9/29/2016 | 3,897.72 | Rivington |
| 9/28/2016 | 4.25 | Starbucks |
| 9/28/2016 | 6.10 | Starbucks |
| 9/28/2016 | 50.00 | Acorns Investing |
| 9/28/2016 | 126.52 | Mercer Kitchen |
| 9/28/2016 | 175.00 | Cleaning |
| 9/28/2016 | 206.17 | Verizon Wireless |
| 9/28/2016 | 900.00 | Parking |
| 9/27/2016 | 8.46 | Starbucks |
| 9/27/2016 | 50.00 | Acorns Investing |



| Date | Amount | Description |
|---|---:|---|
| 9/27/2016 | 50.00 | Acorns Investing |
| 9/27/2016 | 50.00 | Acorns Investing |
| 9/26/2016 | 15.15 | Seamless Food Delivery |
| 9/26/2016 | 21.47 | Seamless Food Delivery |
| 9/26/2016 | 30.50 | Seamless Food Delivery |
| 9/26/2016 | 38.78 | Trycaviar Food Delivery |
| 9/26/2016 | 50.00 | Acorns Investing |
| 9/26/2016 | 63.86 | Seamless Food Delivery |
| 9/23/2016 | 50.00 | Acorns Investing |
| 9/22/2016 | 9.34 | Acorns Investing |
| 9/22/2016 | 50.00 | Acorns Investing |
| 9/21/2016 | 50.00 | Acorns Investing |
| 9/20/2016 | 50.00 | Acorns Investing |
| 9/20/2016 | 50.00 | Acorns Investing |
| 9/20/2016 | 50.00 | Acorns Investing |
| 9/20/2016 | 171.15 | Hyatt Regency Orlando |
| 9/20/2016 | 329.09 | Hyatt Regency Orlando |
| 9/20/2016 | 329.09 | Hyatt Regency Orlando |
| 9/20/2016 | 351.81 | Hyatt Regency Orlando |
| 9/20/2016 | 351.81 | Hyatt Regency Orlando |
| 9/20/2016 | 549.01 | Hyatt Regency Orlando |
| 9/19/2016 | 31.92 | Seamless Food Delivery |
| 9/19/2016 | 34.71 | Trycaviar Food Delivery |
| 9/19/2016 | 50.00 | Acorns Investing |
| 9/16/2016 | 50.00 | Acorns Investing |
| 9/15/2016 | 50.00 | Acorns Investing |
| 9/15/2016 | 102.75 | Bodega Negra Dream Beach |
| 9/15/2016 | 2,010.94 | Santander Consumer - auto loan |
| 9/14/2016 | 9.30 | Taxi |
| 9/14/2016 | 50.00 | Acorns Investing |
| 9/13/2016 | 17.31 | Seamless Food Delivery |
| 9/13/2016 | 50.00 | Acorns Investing |
| 9/13/2016 | 50.00 | Acorns Investing |
| 9/13/2016 | 50.00 | Acorns Investing |
| 9/12/2016 | (316.65) | Maserati of Manhattan |
| 9/12/2016 | (3.00) | ATM fee |
| 9/12/2016 | (2.00) | ATM fee |
| 9/12/2016 | (2.00) | ATM fee |
| 9/12/2016 | 8.06 | Starbucks |
| 9/12/2016 | 9.75 | Taxi |
| 9/12/2016 | 24.55 | Seamless Food Delivery |
| 9/12/2016 | 44.41 | Trycaviar Food Delivery |
| 9/12/2016 | 50.00 | Acorns Investing |
| 9/12/2016 | 100.00 | Cleaning |
| 9/12/2016 | 1,031.38 | Maserati of Manhattan |
| 9/9/2016 | 50.00 | Acorns Investing |
| 9/8/2016 | 8.49 | Starbucks |
| 9/8/2016 | 13.35 | Taxi |
| 9/8/2016 | 16.35 | Sixty Beverly Hills |
| 9/8/2016 | 18.49 | Starbucks |
| 9/8/2016 | 50.00 | Acorns Investing |
| 9/8/2016 | 256.91 | Sixty Beverly Hills |
| 9/7/2016 | 39.33 | Trycaviar Food Delivery |

| Date | Amount | Description |
|---|---|---|
| 9/7/2016 | 50.00 | Acorns Investing |
| 9/6/2016 | (2.00) | ATM fee |
| 9/6/2016 | 7.63 | Sixty Beverly Hills |
| 9/6/2016 | 8.72 | Sixty Beverly Hills |
| 9/6/2016 | 34.63 | Sixty Beverly Hills |
| 9/6/2016 | 50.00 | Acorns Investing |
| 9/6/2016 | 50.00 | Acorns Investing |
| 9/6/2016 | 50.00 | Acorns Investing |
| 9/6/2016 | 50.00 | Acorns Investing |
| 9/6/2016 | 106.31 | Sixty Beverly Hills |
| 9/6/2016 | 349.06 | Sixty Beverly Hills |
| 9/6/2016 | 349.06 | Sixty Beverly Hills |
| 9/6/2016 | 357.22 | Sixty Beverly Hills |
| 9/6/2016 | 364.06 | Sixty Beverly Hills |
| 9/6/2016 | 391.54 | Sixty Beverly Hills |
| 9/6/2016 | 402.01 | Sixty Beverly Hills |
| 9/6/2016 | 431.16 | Sixty Beverly Hills |
| 9/6/2016 | 7,950.00 | Rent - 345 W 14th, 2A |
| 9/2/2016 | 10.00 | Uber |
| 9/2/2016 | 29.03 | Uber |
| 9/2/2016 | 31.56 | Uber |
| 9/2/2016 | 33.51 | Uber |
| 9/2/2016 | 36.20 | Uber |
| 9/2/2016 | 50.00 | Acorns Investing |
| 9/2/2016 | 67.62 | Uber |
| 9/2/2016 | 104.34 | Uber |
| 9/2/2016 | 185.99 | Uber |
| 9/2/2016 | 392.26 | Uber |
| 9/1/2016 | 15.34 | Uber |
| 9/1/2016 | 22.92 | Uber |
| 9/1/2016 | 29.98 | Uber |
| 9/1/2016 | 32.59 | Uber |
| 9/1/2016 | 50.00 | Acorns Investing |
| 9/1/2016 | 93.50 | Asellina Restaurant |
| 9/1/2016 | 100.00 | Cleaning |
| 8/31/2016 | 8.91 | Whole Foods |
| 8/31/2016 | 15.86 | Uber |
| 8/31/2016 | 18.41 | Uber |
| 8/31/2016 | 34.15 | Uber |
| 8/31/2016 | 50.00 | Acorns Investing |
| 8/31/2016 | 96.87 | Uber |
| 8/30/2016 | 15.00 | Uber |
| 8/30/2016 | 15.41 | Uber |
| 8/30/2016 | 28.13 | Uber |
| 8/30/2016 | 31.41 | Uber |
| 8/30/2016 | 32.62 | Uber |
| 8/30/2016 | 40.69 | Uber |
| 8/30/2016 | 50.00 | Acorns Investing |
| 8/30/2016 | 50.00 | Acorns Investing |
| 8/30/2016 | 50.00 | Acorns Investing |
| 8/30/2016 | 67.53 | Rosemarys Restaurant |
| 8/29/2016 | 10.56 | Taxi |
| 8/29/2016 | 20.53 | Uber |

| Date | Amount | Description |
|---|---|---|
| 8/29/2016 | 27.98 | Seamless Food Delivery |
| 8/29/2016 | 30.90 | Uber |
| 8/29/2016 | 40.30 | Uber |
| 8/29/2016 | 50.00 | Acorns Investing |
| 8/29/2016 | 144.09 | Trycaviar Food Delivery |
| 8/29/2016 | 214.45 | Verizon Wireless |
| 8/29/2016 | 400.00 | Hakim Suarez |
| 8/26/2016 | 15.00 | Uber |
| 8/26/2016 | 20.48 | Uber |
| 8/26/2016 | 24.28 | Uber |
| 8/26/2016 | 28.36 | Uber |
| 8/26/2016 | 50.00 | Acorns Investing |
| 8/25/2016 | 16.70 | Uber |
| 8/25/2016 | 16.72 | Uber |
| 8/25/2016 | 20.16 | Uber |
| 8/25/2016 | 20.55 | Uber |
| 8/25/2016 | 21.54 | Seamless Food Delivery |
| 8/25/2016 | 22.66 | Uber |
| 8/25/2016 | 23.95 | Uber |
| 8/25/2016 | 50.00 | Acorns Investing |
| 8/24/2016 | 15.00 | Uber |
| 8/24/2016 | 15.00 | Uber |
| 8/24/2016 | 22.73 | Uber |
| 8/24/2016 | 50.00 | Acorns Investing |
| 8/24/2016 | 1,928.98 | Catch New York Restaurant |
| 8/23/2016 | 15.00 | Uber |
| 8/23/2016 | 15.00 | Uber |
| 8/23/2016 | 15.39 | Uber |
| 8/23/2016 | 15.57 | Uber |
| 8/23/2016 | 16.51 | Uber |
| 8/23/2016 | 17.19 | Uber |
| 8/23/2016 | 25.33 | Uber |
| 8/23/2016 | 25.35 | Uber |
| 8/23/2016 | 50.00 | Acorns Investing |
| 8/23/2016 | 50.00 | Acorns Investing |
| 8/23/2016 | 50.00 | Acorns Investing |
| 8/23/2016 | 202.66 | Jue Lan Club |
| 8/22/2016 | 17.73 | Uber |
| 8/22/2016 | 24.85 | Uber |
| 8/22/2016 | 28.33 | Uber |
| 8/22/2016 | 34.98 | Trycaviar Food Delivery |
| 8/22/2016 | 50.00 | Acorns Investing |
| 8/20/2016 | 135.20 | Harrahs Casino |
| 8/20/2016 | 536.96 | Harrahs Casino |
| 8/20/2016 | 536.96 | Harrahs Casino |
| 8/20/2016 | 645.52 | Harrahs Casino |
| 8/20/2016 | 5,184.99 | Harrahs Casino |
| 8/19/2016 | (5.99) | ATM fee |
| 8/19/2016 | (2.00) | ATM fee |
| 8/19/2016 | (2.00) | ATM fee |
| 8/19/2016 | 8.76 | Taxi |
| 8/19/2016 | 10.00 | Harrahs Casino |
| 8/19/2016 | 17.07 | Uber |

| Date | Amount | Description |
|---|---|---|
| 8/19/2016 | 24.45 | Uber |
| 8/19/2016 | 25.60 | Uber |
| 8/19/2016 | 30.90 | Uber |
| 8/19/2016 | 44.71 | Uber |
| 8/19/2016 | 50.00 | Acorns Investing |
| 8/19/2016 | 837.90 | Parking |
| 8/18/2016 | 9.99 | Acorns Investing |
| 8/18/2016 | 10.00 | Uber |
| 8/18/2016 | 15.00 | Uber |
| 8/18/2016 | 16.53 | Uber |
| 8/18/2016 | 18.01 | Uber |
| 8/18/2016 | 18.32 | Uber |
| 8/18/2016 | 19.69 | Uber |
| 8/18/2016 | 30.95 | Uber |
| 8/18/2016 | 36.49 | Uber |
| 8/18/2016 | 41.66 | Wine |
| 8/18/2016 | 50.00 | Acorns Investing |
| 8/18/2016 | 94.04 | Catch New York Restaurant |
| 8/17/2016 | 8.50 | Taxi |
| 8/17/2016 | 9.50 | Acorns Investing |
| 8/17/2016 | 15.29 | Uber |
| 8/17/2016 | 17.32 | Uber |
| 8/17/2016 | 19.61 | Uber |
| 8/17/2016 | 21.95 | Uber |
| 8/17/2016 | 42.41 | Uber |
| 8/17/2016 | 50.00 | Acorns Investing |
| 8/17/2016 | 316.51 | Old Homestead |
| 8/16/2016 | 5.26 | Acorns Investing |
| 8/16/2016 | 7.54 | Taxi |
| 8/16/2016 | 9.07 | Acorns Investing |
| 8/16/2016 | 10.00 | Uber |
| 8/16/2016 | 11.00 | Taxi |
| 8/16/2016 | 16.28 | Uber |
| 8/16/2016 | 16.78 | Uber |
| 8/16/2016 | 17.56 | Uber |
| 8/16/2016 | 20.60 | Uber |
| 8/16/2016 | 31.72 | Uber |
| 8/16/2016 | 33.92 | Uber |
| 8/16/2016 | 50.00 | Acorns Investing |
| 8/16/2016 | 50.00 | Acorns Investing |
| 8/16/2016 | 50.00 | Acorns Investing |
| 8/16/2016 | 52.74 | Trycaviar Food Delivery |
| 8/16/2016 | 78.37 | Wine |
| 8/16/2016 | 164.58 | Trycaviar Food Delivery |
| 8/15/2016 | (2.00) | ATM fee |
| 8/15/2016 | (2.00) | ATM fee |
| 8/15/2016 | 7.98 | Apple |
| 8/15/2016 | 12.98 | Apple |
| 8/15/2016 | 15.35 | Taxi |
| 8/15/2016 | 16.10 | Taxi |
| 8/15/2016 | 25.38 | Trycaviar Food Delivery |
| 8/15/2016 | 34.56 | Seamless Food Delivery |
| 8/15/2016 | 39.33 | Trycaviar Food Delivery |

| | | |
|---|---:|---|
| 8/15/2016 | 50.60 | Acorns Investing |
| 8/15/2016 | 66.70 | Trycaviar Food Delivery |
| 8/15/2016 | 5,025.00 | Prestige Yacht Charters |
| 8/12/2016 | 7.78 | Acorns Investing |
| 8/12/2016 | 17.20 | Uber |
| 8/12/2016 | 18.87 | Uber |
| 8/12/2016 | 29.02 | Uber |
| 8/12/2016 | 31.11 | Uber |
| 8/12/2016 | 32.34 | Uber |
| 8/12/2016 | 35.81 | Uber |
| 8/12/2016 | 41.00 | Tao New York |
| 8/12/2016 | 50.00 | Acorns Investing |
| 8/12/2016 | 54.84 | Bodega Negra Dream Beach |
| 8/11/2016 | 6.20 | Taxi |
| 8/11/2016 | 6.89 | Taxi |
| 8/11/2016 | 8.84 | Taxi |
| 8/11/2016 | 9.24 | Acorns Investing |
| 8/11/2016 | 17.94 | Taxi |
| 8/11/2016 | 48.46 | Mercer Kitchen |
| 8/11/2016 | 50.00 | Acorns Investing |
| 8/11/2016 | 92.65 | Uber |
| 8/11/2016 | 98.05 | Uber |
| 8/11/2016 | 134.17 | Uber |
| 8/11/2016 | 137.64 | Uber |
| 8/10/2016 | 18.36 | Uber |
| 8/10/2016 | 19.56 | Uber |
| 8/10/2016 | 22.93 | Uber |
| 8/10/2016 | 26.12 | Uber |
| 8/10/2016 | 26.96 | Uber |
| 8/10/2016 | 30.13 | Uber |
| 8/10/2016 | 50.00 | Acorns Investing |
| 8/10/2016 | 2,010.95 | Santander Consumer - auto loan |
| 8/9/2016 | 9.76 | Acorns Investing |
| 8/9/2016 | 9.89 | Acorns Investing |
| 8/9/2016 | 16.05 | Uber |
| 8/9/2016 | 16.21 | Seamless Food Delivery |
| 8/9/2016 | 19.45 | Uber |
| 8/9/2016 | 23.39 | Uber |
| 8/9/2016 | 36.48 | Uber |
| 8/9/2016 | 39.05 | Seamless Food Delivery |
| 8/9/2016 | 50.00 | Acorns Investing |
| 8/9/2016 | 50.00 | Acorns Investing |
| 8/9/2016 | 50.00 | Acorns Investing |
| 8/9/2016 | 100.00 | Cleaning |
| 8/8/2016 | 6.55 | Acorns Investing |
| 8/8/2016 | 8.80 | Taxi |
| 8/8/2016 | 14.04 | Taxi |
| 8/8/2016 | 15.68 | Uber |
| 8/8/2016 | 16.90 | Uber |
| 8/8/2016 | 21.98 | Apple |
| 8/8/2016 | 24.23 | Uber |
| 8/8/2016 | 28.06 | Uber |
| 8/8/2016 | 43.07 | Trycaviar Food Delivery |

| Date | Amount | Description |
|---|---:|---|
| 8/8/2016 | 50.00 | Acorns Investing |
| 8/8/2016 | 53.84 | Seamless Food Delivery |
| 8/8/2016 | 6,000.00 | Byrd Hoffman Water Mill Foundation |
| 8/6/2016 | 10.14 | Taxi |
| 8/6/2016 | 5,590.50 | 1 Oak |
| 8/5/2016 | 8.80 | Taxi |
| 8/5/2016 | 9.32 | Acorns Investing |
| 8/5/2016 | 9.95 | Taxi |
| 8/5/2016 | 27.60 | Uber |
| 8/5/2016 | 50.00 | Acorns Investing |
| 8/4/2016 | 15.96 | Taxi |
| 8/4/2016 | 16.68 | Uber |
| 8/4/2016 | 26.10 | Hotel Gansevoort |
| 8/4/2016 | 27.20 | Uber |
| 8/4/2016 | 50.00 | Acorns Investing |
| 8/4/2016 | 2,010.94 | Santander Consumer - auto loan |
| 8/3/2016 | 7.54 | Taxi |
| 8/3/2016 | 9.58 | Acorns Investing |
| 8/3/2016 | 16.75 | Uber |
| 8/3/2016 | 23.39 | Uber |
| 8/3/2016 | 26.27 | Uber |
| 8/3/2016 | 50.00 | Acorns Investing |
| 8/3/2016 | 5,004.50 | Acorns Investing |
| 8/3/2016 | 11,708.37 | Rent - 345 W 14th, 2A |
| 8/2/2016 | 16.79 | Uber |
| 8/2/2016 | 18.85 | Uber |
| 8/2/2016 | 50.00 | Acorns Investing |
| 8/2/2016 | 50.00 | Acorns Investing |
| 8/2/2016 | 54.80 | Acorns Investing |
| 8/1/2016 | 8.15 | Taxi |
| 8/1/2016 | 8.36 | Acorns Investing |
| 8/1/2016 | 15.50 | Uber |
| 8/1/2016 | 15.51 | Uber |
| 8/1/2016 | 17.21 | Uber |
| 8/1/2016 | 21.92 | Uber |
| 8/1/2016 | 42.59 | Trycaviar Food Delivery |
| 8/1/2016 | 50.00 | Acorns Investing |
| 8/1/2016 | 20,000.00 | Cleo Lettry Vauban |
| 7/30/2016 | 2,242.86 | Barneys New York |
| 7/30/2016 | 5,671.65 | Maserati of Manhattan |
| 7/30/2016 | 6,143.47 | Inn at Windmill Lane |
| 7/29/2016 | 1.29 | Apple |
| 7/29/2016 | 5.41 | Acorns Investing |
| 7/29/2016 | 54.67 | Acorns Investing |
| 7/29/2016 | 117.72 | Uber |
| 7/28/2016 | 15.00 | Uber |
| 7/28/2016 | 16.56 | Uber |
| 7/28/2016 | 21.98 | Uber |
| 7/28/2016 | 48.16 | Uber |
| 7/28/2016 | 50.00 | Acorns Investing |
| 7/28/2016 | 77.10 | Seamless Food Delivery |
| 7/28/2016 | 195.16 | Wine |
| 7/28/2016 | 211.11 | Verizon Wireless |

| Date | Amount | Description |
|------|-------:|-------------|
| 7/27/2016 | 10.00 | Uber |
| 7/27/2016 | 27.56 | Seamless Food Delivery |
| 7/27/2016 | 31.36 | Uber |
| 7/27/2016 | 49.11 | Uber |
| 7/27/2016 | 50.00 | Acorns Investing |
| 7/27/2016 | 106.47 | Seamless Food Delivery |
| 7/27/2016 | 113.54 | Uber |
| 7/27/2016 | 118.99 | Uber |
| 7/26/2016 | 6.46 | Acorns Investing |
| 7/26/2016 | 9.72 | Acorns Investing |
| 7/26/2016 | 17.10 | Seamless Food Delivery |
| 7/26/2016 | 23.67 | Uber |
| 7/26/2016 | 24.93 | Uber |
| 7/26/2016 | 27.95 | Uber |
| 7/26/2016 | 45.14 | Uber |
| 7/26/2016 | 50.00 | Acorns Investing |
| 7/26/2016 | 50.00 | Acorns Investing |
| 7/26/2016 | 50.54 | Uber |
| 7/26/2016 | 54.14 | Acorns Investing |
| 7/26/2016 | 3,283.56 | Hotels.com |
| 7/26/2016 | 3,324.50 | 1 Oak |
| 7/25/2016 | (503.33) | Bar Nana |
| 7/25/2016 | 25.00 | Uber |
| 7/25/2016 | 29.10 | Uber |
| 7/25/2016 | 34.27 | Uber |
| 7/25/2016 | 50.00 | Acorns Investing |
| 7/22/2016 | 5.34 | Acorns Investing |
| 7/22/2016 | 11.62 | Taxi |
| 7/22/2016 | 16.74 | Uber |
| 7/22/2016 | 28.56 | Taxi |
| 7/22/2016 | 29.30 | Uber |
| 7/22/2016 | 50.00 | Acorns Investing |
| 7/21/2016 | 15.80 | Uber |
| 7/21/2016 | 19.76 | Uber |
| 7/21/2016 | 20.52 | Uber |
| 7/21/2016 | 50.00 | Acorns Investing |
| 7/21/2016 | 80.00 | Cleaning |
| 7/20/2016 | 9.00 | Acorns Investing |
| 7/20/2016 | 19.33 | Uber |
| 7/20/2016 | 20.85 | Uber |
| 7/20/2016 | 23.22 | Uber |
| 7/20/2016 | 50.00 | Acorns Investing |
| 7/19/2016 | 7.57 | Acorns Investing |
| 7/19/2016 | 9.61 | Acorns Investing |
| 7/19/2016 | 9.95 | Taxi |
| 7/19/2016 | 15.00 | Uber |
| 7/19/2016 | 15.42 | Uber |
| 7/19/2016 | 20.07 | Uber |
| 7/19/2016 | 20.27 | Uber |
| 7/19/2016 | 46.53 | Trycaviar Food Delivery |
| 7/19/2016 | 50.00 | Acorns Investing |
| 7/19/2016 | 50.00 | Acorns Investing |
| 7/19/2016 | 50.00 | Acorns Investing |



| 7/19/2016 | 67.39 | Taxi |
|---|---|---|
| 7/18/2016 | 5.66 | Acorns Investing |
| 7/18/2016 | 14.87 | Apple |
| 7/18/2016 | 17.57 | Uber |
| 7/18/2016 | 32.71 | Trycaviar Food Delivery |
| 7/18/2016 | 53.52 | Acorns Investing |
| 7/18/2016 | 77.12 | Uber |
| 7/15/2016 | 8.96 | Acorns Investing |
| 7/15/2016 | 16.46 | Uber |
| 7/15/2016 | 41.17 | Uber |
| 7/15/2016 | 50.00 | Acorns Investing |
| 7/15/2016 | 68.17 | Uber |
| 7/14/2016 | 3.99 | Apple |
| 7/14/2016 | 50.00 | Acorns Investing |
| 7/14/2016 | 100.00 | Cleaning |
| 7/13/2016 | 9.80 | Acorns Investing |
| 7/13/2016 | 14.24 | Starbucks |
| 7/13/2016 | 50.00 | Acorns Investing |
| 7/13/2016 | 234.08 | SLS Hotel Las Vegas |
| 7/12/2016 | 50.00 | Acorns Investing |
| 7/12/2016 | 50.00 | Acorns Investing |
| 7/12/2016 | 54.53 | Acorns Investing |
| 7/12/2016 | 117.41 | Wynn Las Vegas Hotel |
| 7/12/2016 | 222.01 | Wynn Las Vegas Hotel |
| 7/12/2016 | 300.00 | Aria Resort Casino |
| 7/12/2016 | 332.17 | Aria Resort Casino |
| 7/12/2016 | 7,950.00 | Rent - 345 W 14th, 2A |
| 7/11/2016 | (6.99) | ATM fee |
| 7/11/2016 | (6.99) | ATM fee |
| 7/11/2016 | (6.99) | ATM fee |
| 7/11/2016 | (5.99) | ATM fee |
| 7/11/2016 | 5.44 | Acorns Investing |
| 7/11/2016 | 21.54 | Uber |
| 7/11/2016 | 23.00 | Uber |
| 7/11/2016 | 121.58 | Uber |
| 7/11/2016 | 146.54 | Aria Resort Casino |
| 7/11/2016 | 340.42 | Aria Resort Casino |
| 7/11/2016 | 346.08 | Wynn Las Vegas Hotel |
| 7/11/2016 | 458.08 | Aria Resort Casino |
| 7/11/2016 | 458.08 | Aria Resort Casino |
| 7/11/2016 | 458.08 | Aria Resort Casino |
| 7/11/2016 | 593.06 | Aria Resort Casino |
| 7/11/2016 | 672.00 | Wynn Las Vegas Hotel |
| 7/11/2016 | 905.47 | Aria Resort Casino |
| 7/11/2016 | 2,025.83 | Bar Nana |
| 7/10/2016 | 69.19 | Aria Resort Casino |
| 7/10/2016 | 615.06 | Aria Resort Casino |
| 7/9/2016 | 5.95 | Aria Resort Casino |
| 7/9/2016 | 69.19 | Aria Resort Casino |
| 7/8/2016 | 9.71 | Acorns Investing |
| 7/8/2016 | 10.00 | Uber |
| 7/8/2016 | 14.76 | Taxi |
| 7/8/2016 | 15.60 | Uber |

| Date | Amount | Description |
|---|---|---|
| 7/8/2016 | 16.67 | Uber |
| 7/8/2016 | 18.35 | Uber |
| 7/8/2016 | 22.00 | Uber |
| 7/8/2016 | 31.57 | Uber |
| 7/8/2016 | 50.00 | Acorns Investing |
| 7/7/2016 | 16.96 | Uber |
| 7/7/2016 | 23.41 | Uber |
| 7/7/2016 | 51.47 | Acorns Investing |
| 7/7/2016 | 900.00 | Parking |
| 7/6/2016 | 6.20 | Starbucks |
| 7/6/2016 | 13.56 | Taxi |
| 7/6/2016 | 15.86 | Uber |
| 7/6/2016 | 16.18 | Uber |
| 7/6/2016 | 45.40 | Trycaviar Food Delivery |
| 7/6/2016 | 47.95 | Whole Foods |
| 7/6/2016 | 53.08 | Acorns Investing |
| 7/6/2016 | 24,000.00 | Cleo Lettry Vauban |
| 7/5/2016 | (3.00) | ATM fee |
| 7/5/2016 | 6.21 | Starbucks |
| 7/5/2016 | 6.54 | Acorns Investing |
| 7/5/2016 | 24.99 | Apple |
| 7/5/2016 | 32.95 | Uber |
| 7/5/2016 | 50.00 | Acorns Investing |
| 7/5/2016 | 50.00 | Acorns Investing |
| 7/5/2016 | 50.00 | Acorns Investing |
| 7/5/2016 | 53.55 | Catch New York Restaurant |
| 7/5/2016 | 54.62 | Acorns Investing |
| 7/5/2016 | 59.89 | Uber |
| 7/5/2016 | 80.00 | Cleaning |
| 7/5/2016 | 81.61 | Wine |
| 7/5/2016 | 109.94 | Uber |
| 7/5/2016 | 121.42 | Uber |
| 7/5/2016 | 275.00 | Hakim Suarez |
| 7/5/2016 | 1,250.00 | Hakim Suarez |
| 7/5/2016 | 1,455.67 | Jue Lan Club |
| 7/5/2016 | 5,500.00 | Hamptons Yacht Charters |
| 7/5/2016 | 6,940.26 | The Surf Lodge |
| 7/3/2016 | 787.84 | Jue Lan Club |
| 7/2/2016 | 35.97 | Uber |
| 7/1/2016 | 5.62 | Acorns Investing |
| 7/1/2016 | 30.49 | Uber |
| 7/1/2016 | 50.00 | Acorns Investing |
| 7/1/2016 | 72.00 | Parking |
| 7/1/2016 | 763.51 | Old Homestead |
| 6/30/2016 | 8.15 | Taxi |
| 6/30/2016 | 18.47 | Uber |
| 6/30/2016 | 24.35 | Taxi |
| 6/30/2016 | 28.76 | Uber |
| 6/30/2016 | 50.00 | Acorns Investing |
| 6/29/2016 | 9.71 | Acorns Investing |
| 6/29/2016 | 15.00 | Uber |
| 6/29/2016 | 15.57 | Uber |
| 6/29/2016 | 15.70 | Uber |

| Date | Amount | Description |
|---|---|---|
| 6/29/2016 | 15.96 | Uber |
| 6/29/2016 | 16.05 | Uber |
| 6/29/2016 | 38.81 | Seamless Food Delivery |
| 6/29/2016 | 46.78 | Uber |
| 6/29/2016 | 50.00 | Acorns Investing |
| 6/29/2016 | 59.66 | Uber |
| 6/29/2016 | 100.00 | Cleaning |
| 6/28/2016 | 16.11 | Uber |
| 6/28/2016 | 16.25 | Uber |
| 6/28/2016 | 50.00 | Acorns Investing |
| 6/28/2016 | 50.00 | Acorns Investing |
| 6/28/2016 | 50.00 | Acorns Investing |
| 6/28/2016 | 228.98 | Verizon Wireless |
| 6/27/2016 | 5.99 | Apple |
| 6/27/2016 | 9.74 | Acorns Investing |
| 6/27/2016 | 9.98 | Apple |
| 6/27/2016 | 11.62 | Taxi |
| 6/27/2016 | 14.04 | Taxi |
| 6/27/2016 | 15.36 | Taxi |
| 6/27/2016 | 16.92 | Seamless Food Delivery |
| 6/27/2016 | 17.94 | Whole Foods |
| 6/27/2016 | 24.21 | Uber |
| 6/27/2016 | 31.36 | Seamless Food Delivery |
| 6/27/2016 | 34.41 | Uber |
| 6/27/2016 | 54.41 | Acorns Investing |
| 6/27/2016 | 1,731.80 | Tao New York |
| 6/27/2016 | 2,278.23 | Tao New York |
| 6/24/2016 | 8.10 | Uber |
| 6/24/2016 | 15.00 | Uber |
| 6/24/2016 | 16.02 | Uber |
| 6/24/2016 | 36.24 | Uber |
| 6/24/2016 | 36.50 | Uber |
| 6/24/2016 | 38.73 | Uber |
| 6/24/2016 | 50.00 | Acorns Investing |
| 6/24/2016 | 101.86 | Catch New York Restaurant |
| 6/23/2016 | 8.71 | Acorns Investing |
| 6/23/2016 | 19.18 | Uber |
| 6/23/2016 | 20.41 | Uber |
| 6/23/2016 | 21.11 | Uber |
| 6/23/2016 | 23.21 | Uber |
| 6/23/2016 | 23.72 | Uber |
| 6/23/2016 | 32.80 | Uber |
| 6/23/2016 | 40.83 | Uber |
| 6/23/2016 | 47.66 | Uber |
| 6/23/2016 | 50.00 | Acorns Investing |
| 6/23/2016 | 202.47 | Wine |
| 6/22/2016 | 17.26 | Uber |
| 6/22/2016 | 27.92 | Seamless Food Delivery |
| 6/22/2016 | 54.37 | Acorns Investing |
| 6/22/2016 | 79.12 | Trycaviar Food Delivery |
| 6/21/2016 | 5.20 | Acorns Investing |
| 6/21/2016 | 12.74 | Taxi |
| 6/21/2016 | 15.89 | Uber |

| Date | Amount | Description |
|---|---|---|
| 6/21/2016 | 50.00 | Acorns Investing |
| 6/21/2016 | 50.00 | Acorns Investing |
| 6/21/2016 | 50.00 | Acorns Investing |
| 6/20/2016 | 5.45 | Acorns Investing |
| 6/20/2016 | 53.46 | Acorns Investing |
| 6/20/2016 | 59.08 | Trycaviar Food Delivery |
| 6/20/2016 | 1,786.91 | The Surf Lodge |
| 6/20/2016 | 2,010.94 | Santander Consumer - auto loan |
| 6/18/2016 | 55.23 | Uber |
| 6/18/2016 | 64.39 | Uber |
| 6/18/2016 | 223.53 | Uber |
| 6/17/2016 | 5.99 | Apple |
| 6/17/2016 | 18.08 | Panera Bread |
| 6/17/2016 | 50.00 | Acorns Investing |
| 6/17/2016 | 200.00 | Cleaning |
| 6/17/2016 | 2,620.37 | Inn at Windmill Lane |
| 6/17/2016 | 7,861.11 | Inn at Windmill Lane |
| 6/16/2016 | 8.45 | Acorns Investing |
| 6/16/2016 | 20.39 | Uber |
| 6/16/2016 | 50.00 | Acorns Investing |
| 6/16/2016 | 67.23 | Uber |
| 6/15/2016 | 8.58 | Acorns Investing |
| 6/15/2016 | 15.54 | Uber |
| 6/15/2016 | 50.00 | Acorns Investing |
| 6/14/2016 | 9.96 | Taxi |
| 6/14/2016 | 9.97 | Acorns Investing |
| 6/14/2016 | 18.22 | Uber |
| 6/14/2016 | 23.27 | Uber |
| 6/14/2016 | 23.60 | Uber |
| 6/14/2016 | 26.29 | Seamless Food Delivery |
| 6/14/2016 | 45.09 | Uber |
| 6/14/2016 | 50.00 | Acorns Investing |
| 6/14/2016 | 50.00 | Acorns Investing |
| 6/14/2016 | 50.00 | Acorns Investing |
| 6/14/2016 | 850.09 | Bodega Negra Dream Beach |
| 6/13/2016 | 5.84 | Acorns Investing |
| 6/13/2016 | 11.40 | Taxi |
| 6/13/2016 | 12.87 | Whole Foods |
| 6/13/2016 | 15.80 | Seamless Food Delivery |
| 6/13/2016 | 23.22 | Trycaviar Food Delivery |
| 6/13/2016 | 41.79 | Uber |
| 6/13/2016 | 47.67 | Trycaviar Food Delivery |
| 6/13/2016 | 50.25 | Acorns Investing |
| 6/13/2016 | 56.86 | Uber |
| 6/13/2016 | 98.42 | Trycaviar Food Delivery |
| 6/11/2016 | 1,233.00 | Lavo Restaurant |
| 6/10/2016 | 12.96 | Taxi |
| 6/10/2016 | 15.00 | Uber |
| 6/10/2016 | 15.00 | Uber |
| 6/10/2016 | 38.92 | Uber |
| 6/10/2016 | 50.00 | Acorns Investing |
| 6/9/2016 | 10.00 | Uber |
| 6/9/2016 | 15.00 | Uber |

| | | |
|---|---|---|
| 6/9/2016 | 25.90 | Uber |
| 6/9/2016 | 26.36 | Uber |
| 6/9/2016 | 30.40 | Uber |
| 6/9/2016 | 36.90 | Uber |
| 6/9/2016 | 50.00 | Acorns Investing |
| 6/9/2016 | 87.09 | Wine |
| 6/8/2016 | 9.12 | Acorns Investing |
| 6/8/2016 | 10.56 | Taxi |
| 6/8/2016 | 15.77 | Uber |
| 6/8/2016 | 16.38 | Uber |
| 6/8/2016 | 20.36 | Uber |
| 6/8/2016 | 30.74 | Uber |
| 6/8/2016 | 40.59 | Uber |
| 6/8/2016 | 50.00 | Acorns Investing |
| 6/8/2016 | 52.76 | Trycaviar Food Delivery |
| 6/7/2016 | (2.00) | ATM fee |
| 6/7/2016 | (2.00) | ATM fee |
| 6/7/2016 | 9.95 | Acorns Investing |
| 6/7/2016 | 15.00 | Uber |
| 6/7/2016 | 16.14 | Uber |
| 6/7/2016 | 20.48 | Uber |
| 6/7/2016 | 50.00 | Acorns Investing |
| 6/7/2016 | 50.00 | Acorns Investing |
| 6/7/2016 | 53.70 | Acorns Investing |
| 6/6/2016 | (3.00) | ATM fee |
| 6/6/2016 | (3.00) | ATM fee |
| 6/6/2016 | 9.36 | Taxi |
| 6/6/2016 | 20.45 | Uber |
| 6/6/2016 | 21.01 | Uber |
| 6/6/2016 | 46.83 | Seamless Food Delivery |
| 6/6/2016 | 50.00 | Acorns Investing |
| 6/6/2016 | 56.48 | Uber |
| 6/6/2016 | 100.00 | Cleaning |
| 6/6/2016 | 198.82 | Uber |
| 6/6/2016 | 2,110.08 | The Surf Lodge |
| 6/6/2016 | 7,950.00 | Rent - 345 W 14th, 2A |
| 6/3/2016 | 9.34 | Acorns Investing |
| 6/3/2016 | 10.00 | Uber |
| 6/3/2016 | 18.71 | Uber |
| 6/3/2016 | 19.75 | Taxi |
| 6/3/2016 | 23.77 | Uber |
| 6/3/2016 | 50.00 | Acorns Investing |
| 6/3/2016 | 418.42 | Jue Lan Club |
| 6/2/2016 | 16.22 | Uber |
| 6/2/2016 | 16.88 | Uber |
| 6/2/2016 | 28.67 | Seamless Food Delivery |
| 6/2/2016 | 31.50 | Uber |
| 6/2/2016 | 51.00 | Acorns Investing |
| 6/1/2016 | 8.25 | Acorns Investing |
| 6/1/2016 | 15.00 | Uber |
| 6/1/2016 | 15.87 | Uber |
| 6/1/2016 | 50.00 | Acorns Investing |
| 6/1/2016 | 50.00 | Acorns Investing |



| Date | Amount | Description |
|------|--------|-------------|
| 6/1/2016 | 50.00 | Acorns Investing |
| 6/1/2016 | 54.98 | Acorns Investing |
| 5/31/2016 | 5.98 | Apple |
| 5/31/2016 | 17.58 | Uber |
| 5/31/2016 | 54.79 | Acorns Investing |
| 5/31/2016 | 113.92 | Cleaning |
| 5/31/2016 | 120.67 | Uber |
| 5/31/2016 | 121.29 | Uber |
| 5/31/2016 | 218.52 | Uber |
| 5/31/2016 | 370.23 | Verizon Wireless |
| 5/27/2016 | 6.82 | Acorns Investing |
| 5/27/2016 | 29.16 | Taxi |
| 5/27/2016 | 48.49 | Uber |
| 5/27/2016 | 50.00 | Acorns Investing |
| 5/26/2016 | 7.50 | Taxi |
| 5/26/2016 | 9.84 | Acorns Investing |
| 5/26/2016 | 10.00 | Uber |
| 5/26/2016 | 15.46 | Uber |
| 5/26/2016 | 27.42 | Uber |
| 5/26/2016 | 28.76 | Uber |
| 5/26/2016 | 29.90 | Trycaviar Food Delivery |
| 5/26/2016 | 50.00 | Acorns Investing |
| 5/26/2016 | 52.20 | Uber |
| 5/26/2016 | 76.43 | Uber |
| 5/25/2016 | (3.00) | ATM fee |
| 5/25/2016 | 10.56 | Taxi |
| 5/25/2016 | 13.56 | Taxi |
| 5/25/2016 | 16.62 | Uber |
| 5/25/2016 | 24.60 | Catch New York Restaurant |
| 5/25/2016 | 50.00 | Acorns Investing |
| 5/25/2016 | 283.99 | Catch New York Restaurant |
| 5/24/2016 | 6.75 | Acorns Investing |
| 5/24/2016 | 6.95 | Taxi |
| 5/24/2016 | 16.22 | Uber |
| 5/24/2016 | 31.02 | Seamless Food Delivery |
| 5/24/2016 | 50.00 | Acorns Investing |
| 5/24/2016 | 50.00 | Acorns Investing |
| 5/24/2016 | 50.00 | Acorns Investing |
| 5/24/2016 | 58.20 | Whole Foods |
| 5/24/2016 | 100.00 | Cleaning |
| 5/23/2016 | 5.98 | Apple |
| 5/23/2016 | 15.00 | Uber |
| 5/23/2016 | 18.82 | Uber |
| 5/23/2016 | 38.00 | Seamless Food Delivery |
| 5/23/2016 | 50.00 | Acorns Investing |
| 5/23/2016 | 50.37 | Bagatelle |
| 5/23/2016 | 823.94 | Old Homestead |
| 5/20/2016 | 5.05 | Acorns Investing |
| 5/20/2016 | 15.00 | Uber |
| 5/20/2016 | 15.76 | Uber |
| 5/20/2016 | 50.00 | Acorns Investing |
| 5/20/2016 | 164.90 | Old Homestead |
| 5/19/2016 | 9.76 | Acorns Investing |

| Date | Amount | Description |
|---|---|---|
| 5/19/2016 | 50.00 | Acorns Investing |
| 5/18/2016 | 15.00 | Uber |
| 5/18/2016 | 22.58 | Uber |
| 5/18/2016 | 50.00 | Acorns Investing |
| 5/18/2016 | 50.00 | Acorns Investing |
| 5/18/2016 | 1,000.00 | Acorns Investing |
| 5/17/2016 | 15.00 | Uber |
| 5/17/2016 | 20.07 | Uber |
| 5/17/2016 | 27.76 | Trycaviar Food Delivery |
| 5/17/2016 | 156.70 | Trycaviar Food Delivery |
| 5/16/2016 | 5.64 | Uber |
| 5/16/2016 | 7.50 | Uber |
| 5/16/2016 | 8.19 | Taxi |
| 5/16/2016 | 10.00 | Uber |
| 5/16/2016 | 13.43 | Uber |
| 5/16/2016 | 13.87 | Uber |
| 5/16/2016 | 22.95 | Uber |
| 5/16/2016 | 31.80 | Seamless Food Delivery |
| 5/16/2016 | 41.89 | Trycaviar Food Delivery |
| 5/16/2016 | 107.55 | Uber |
| 5/16/2016 | 112.72 | Uber |
| 5/16/2016 | 2,010.94 | Santander Consumer - auto loan |
| 5/16/2016 | 7,950.00 | Rent - 345 W 14th, 2A |
| 5/14/2016 | 10.80 | Uber |
| 5/14/2016 | 16.74 | Uber |
| 5/13/2016 | 11.30 | Taxi |
| 5/12/2016 | 7.80 | Taxi |
| 5/12/2016 | 11.96 | Apple |
| 5/12/2016 | 15.00 | Uber |
| 5/12/2016 | 16.42 | Uber |
| 5/12/2016 | 107.79 | Uber |
| 5/11/2016 | 8.19 | Taxi |
| 5/11/2016 | 17.87 | Uber |
| 5/11/2016 | 19.06 | Uber |
| 5/11/2016 | 28.46 | Uber |
| 5/10/2016 | 100.00 | Cleaning |
| 5/9/2016 | 4.34 | Duane Reade |
| 5/9/2016 | 8.97 | Apple |
| 5/9/2016 | 15.56 | Uber |
| 5/9/2016 | 17.08 | Duane Reade |
| 5/9/2016 | 17.40 | Uber |
| 5/9/2016 | 22.86 | Seamless Food Delivery |
| 5/9/2016 | 46.83 | Seamless Food Delivery |
| 5/9/2016 | 80.00 | Cleaning |
| 5/9/2016 | 109.88 | Uber |
| 5/6/2016 | 7.55 | Taxi |
| 5/6/2016 | 15.88 | Uber |
| 5/6/2016 | 31.30 | Seamless Food Delivery |
| 5/6/2016 | 38.15 | Taxi |
| 5/5/2016 | 6.96 | Taxi |
| 5/5/2016 | 16.05 | Uber |
| 5/5/2016 | 25.00 | Uber |
| 5/4/2016 | 7.41 | Uber |



| Date | Amount | Description |
|------|-------:|-------------|
| 5/4/2016 | 15.05 | Uber |
| 5/4/2016 | 27.91 | Trycaviar Food Delivery |
| 5/2/2016 | (2.00) | ATM fee |
| 5/2/2016 | (2.00) | ATM fee |
| 5/2/2016 | 8.15 | Taxi |
| 5/2/2016 | 15.46 | Uber |
| 5/2/2016 | 22.48 | Uber |
| 5/2/2016 | 85.65 | Trycaviar Food Delivery |
| 5/2/2016 | 86.28 | Trycaviar Food Delivery |
| Total: | 631,925.58 | |

