Exhibit A(1): William McFarland Bank Account Rent Expenses  (May 2016 – April 2017)

| Date | Amount | Name | Description |
|---|---|---|---|
| 4/5/2017 | 21,750.00 | Rent - 345 W 14th, Penthouse B | |
| 3/3/2017 | 22,225.00 | Rent - 345 W 14th, Penthouse B | |
| 1/24/2017 | 1,500.00 | Rent - 345 W 14th, 2A | |
| 1/10/2017 | 7,950.00 | Rent - 345 W 14th, 2A | |
| 12/2/2016 | 7,950.00 | Rent - 345 W 14th, 2A | |
| 10/13/2016 | 10,000.00 | Rent - 345 W 14th, 2A | |
| 9/6/2016 | 7,950.00 | Rent - 345 W 14th, 2A | |
| 8/3/2016 | 11,708.37 | Rent - 345 W 14th, 2A | |
| 7/12/2016 | 7,950.00 | Rent - 345 W 14th, 2A | |
| 6/6/2016 | 7,950.00 | Rent - 345 W 14th, 2A | |
| 5/16/2016 | 7,950.00 | Rent - 345 W 14th, 2A | |
| Total | 114,883.37 | | |

