Exhibit A(2): William McFarland Bank Account Interior Design and Furniture Expenses (May 2016 – April 2017)

| Date | Amount | Name | Description |
|---|---|---|---|
| 4/25/2017 | 11,272.73 | Ikea | |
| 4/24/2017 | 30,840.96 | Ikea | |
| 4/24/2017 | 445.20 | Ikea | |
| 4/18/2017 | 29,800.00 | Superior Importers | |
| 4/7/2017 | 8,000.00 | Amanda Paige Interiors | |
| 3/29/2017 | 15,000.00 | Amanda Paige Interiors | |
| 3/27/2017 | 10,000.00 | Amanda Paige Interiors | |
| 3/27/2017 | 1,333.13 | Amanda Stoopler | |
| 3/24/2017 | 5,000.00 | Amanda Paige Interiors | |
| 3/20/2017 | 1,644.43 | Broadway Furniture | |
| 3/13/2017 | 9,637.49 | Amanda Paige Interiors | |
| 3/6/2017 | 993.75 | Amanda Paige Interiors | |
| 2/27/2017 | 9,241.28 | Amanda Paige Interiors | |
| 2/22/2017 | 2,913.46 | Amanda Paige Interiors | |
| 2/17/2017 | 472.56 | Restoration Hardware | |
| 2/15/2017 | 4,028.36 | Sleepys | |
| 2/15/2017 | 26.13 | Restoration Hardware | |
| 2/14/2017 | 203.60 | Restoration Hardware | |
| 2/13/2017 | 6,766.58 | Domus Design Collection | |
| 2/13/2017 | 1,234.02 | Restoration Hardware | |
| 2/10/2017 | 5,517.79 | Z Gallerie | |
| 2/10/2017 | 1,048.00 | Restoration Hardware | |
| 2/8/2017 | 279.81 | Restoration Hardware | |
| 2/2/2017 | 10,464.25 | Amanda Paige Interiors | |
| 2/2/2017 | 127.27 | Crate and Barrel | |
| 1/30/2017 | 2,118.71 | Restoration Hardware | |
| 1/30/2017 | 216.66 | Restoration Hardware | |
| 1/30/2017 | (3,330.02) | Restoration Hardware | |
| 1/26/2017 | 5,000.00 | Amanda Stoopler | |
| 1/25/2017 | 5,000.00 | Amanda Stoopler | |
| 1/25/2017 | 2,608.65 | Restoration Hardware | |
| 1/25/2017 | 2,359.32 | Restoration Hardware | |
| 1/25/2017 | 2,105.37 | Restoration Hardware | |
| 1/25/2017 | 216.66 | Restoration Hardware | |
| 1/24/2017 | 2,650.02 | Restoration Hardware | |
| 1/24/2017 | 1,681.03 | Restoration Hardware | |
| 1/23/2017 | 6,968.00 | Safavieh Home Furnishings | |

| Date | Amount | Vendor |
|---|---:|---|
| 1/23/2017 | 6,923.11 | Restoration Hardware |
| 1/23/2017 | 216.66 | Restoration Hardware |
| 1/18/2017 | 5,350.12 | Restoration Hardware |
| 1/17/2017 | 6,927.50 | Restoration Hardware |
| 1/17/2017 | 1,788.00 | Restoration Hardware |
| Total | 215,090.59 | |