Exhibit A(3): William McFarland Bank Account Hotel Expenses (May 2016 – April 2017)

| Date | Amount | Name | Description |
|---|---:|---|---|
| 3/24/2017 | 976.65 | Hotel Gansevoort | |
| 3/24/2017 | 100.00 | Hotel Gansevoort | |
| 2/27/2017 | 2,634.65 | Sixty Beverly Hills | |
| 2/27/2017 | 2,327.29 | Sixty Beverly Hills | |
| 2/27/2017 | 9.79 | Sixty Beverly Hills | |
| 2/27/2017 | 8.70 | Sixty Beverly Hills | |
| 2/21/2017 | 631.24 | Dream Hotel | |
| 1/23/2017 | 688.11 | Sixty Beverly Hills | |
| 12/19/2016 | 616.82 | Dream Hotel | |
| 12/19/2016 | 345.20 | Dream Hotel | |
| 12/19/2016 | 329.96 | Dream Hotel | |
| 12/19/2016 | 319.07 | Dream Hotel | |
| 12/19/2016 | 250.00 | Dream Hotel | |
| 9/29/2016 | 3,897.72 | Rivington | |
| 9/20/2016 | 549.01 | Hyatt Regency Orlando | |
| 9/20/2016 | 351.81 | Hyatt Regency Orlando | |
| 9/20/2016 | 351.81 | Hyatt Regency Orlando | |
| 9/20/2016 | 329.09 | Hyatt Regency Orlando | |
| 9/20/2016 | 329.09 | Hyatt Regency Orlando | |
| 9/20/2016 | 171.15 | Hyatt Regency Orlando | |
| 9/8/2016 | 256.91 | Sixty Beverly Hills | |
| 9/8/2016 | 16.35 | Sixty Beverly Hills | |
| 9/6/2016 | 431.16 | Sixty Beverly Hills | |
| 9/6/2016 | 402.01 | Sixty Beverly Hills | |
| 9/6/2016 | 391.54 | Sixty Beverly Hills | |
| 9/6/2016 | 364.06 | Sixty Beverly Hills | |
| 9/6/2016 | 357.22 | Sixty Beverly Hills | |
| 9/6/2016 | 349.06 | Sixty Beverly Hills | |
| 9/6/2016 | 349.06 | Sixty Beverly Hills | |
| 9/6/2016 | 106.31 | Sixty Beverly Hills | |
| 9/6/2016 | 34.63 | Sixty Beverly Hills | |
| 9/6/2016 | 8.72 | Sixty Beverly Hills | |

| Date | Amount | Vendor |
|---|---:|---|
| 9/6/2016 | 7.63 | Sixty Beverly Hills |
| 8/20/2016 | 5,184.99 | Harrahs Casino |
| 8/20/2016 | 645.52 | Harrahs Casino |
| 8/20/2016 | 536.96 | Harrahs Casino |
| 8/20/2016 | 536.96 | Harrahs Casino |
| 8/20/2016 | 135.20 | Harrahs Casino |
| 8/19/2016 | 10.00 | Harrahs Casino |
| 8/4/2016 | 26.10 | Hotel Gansevoort |
| 7/30/2016 | 6,143.47 | Inn at Windmill Lane |
| 7/26/2016 | 3,283.56 | Hotels.com |
| 7/13/2016 | 234.08 | SLS Hotel Las Vegas |
| 7/12/2016 | 332.17 | Aria Resort Casino |
| 7/12/2016 | 300.00 | Aria Resort Casino |
| 7/12/2016 | 222.01 | Wynn Las Vegas Hotel |
| 7/12/2016 | 117.41 | Wynn Las Vegas Hotel |
| 7/11/2016 | 905.47 | Aria Resort Casino |
| 7/11/2016 | 672.00 | Wynn Las Vegas Hotel |
| 7/11/2016 | 593.06 | Aria Resort Casino |
| 7/11/2016 | 458.08 | Aria Resort Casino |
| 7/11/2016 | 458.08 | Aria Resort Casino |
| 7/11/2016 | 458.08 | Aria Resort Casino |
| 7/11/2016 | 346.08 | Wynn Las Vegas Hotel |
| 7/11/2016 | 340.42 | Aria Resort Casino |
| 7/11/2016 | 146.54 | Aria Resort Casino |
| 7/10/2016 | 615.06 | Aria Resort Casino |
| 7/10/2016 | 69.19 | Aria Resort Casino |
| 7/9/2016 | 69.19 | Aria Resort Casino |
| 7/9/2016 | 5.95 | Aria Resort Casino |
| 7/5/2016 | 6,940.26 | The Surf Lodge |
| 6/20/2016 | 1,786.91 | The Surf Lodge |
| 6/17/2016 | 7,861.11 | Inn at Windmill Lane |
| 6/17/2016 | 2,620.37 | Inn at Windmill Lane |
| 6/6/2016 | 2,110.08 | The Surf Lodge |
| Total | 62,456.18 | |