Exhibit A(4): William McFarland Bank Account Dining and Entertainment Expenses  (May 2016 – April 2017)

| Date | Amount | Vendor |
|---|---:|---|
| 4/20/2017 | 3,544.14 | Bluecosmo |
| 4/4/2017 | 1,000.00 | Lavo Restaurant |
| 3/4/2017 | 865.31 | Tao New York |
| 3/3/2017 | 2,320.00 | Studio XXI |
| 11/25/2016 | 280.27 | Old Homestead |
| 11/7/2016 | 1,515.12 | Gilded Lily |
| 11/3/2016 | 285.62 | Catch New York Restaurant |
| 10/13/2016 | 12,026.84 | Megu Restaurant |
| 9/28/2016 | 126.52 | Mercer Kitchen |
| 9/15/2016 | 102.75 | Bodega Negra Dream Beach |
| 9/1/2016 | 93.50 | Asellina Restaurant |
| 8/30/2016 | 67.53 | Rosemarys Restaurant |
| 8/24/2016 | 1,928.98 | Catch New York Restaurant |
| 8/23/2016 | 202.66 | Jue Lan Club |
| 8/18/2016 | 94.04 | Catch New York Restaurant |
| 8/17/2016 | 316.51 | Old Homestead |
| 8/12/2016 | 54.84 | Bodega Negra Dream Beach |
| 8/12/2016 | 41.00 | Tao New York |
| 8/11/2016 | 48.46 | Mercer Kitchen |
| 8/6/2016 | 5,590.50 | 1 Oak |
| 7/26/2016 | 3,324.50 | 1 Oak |
| 7/25/2016 | (503.33) | Bar Nana |
| 7/11/2016 | 2,025.83 | Bar Nana |
| 7/5/2016 | 53.55 | Catch New York Restaurant |
| 7/5/2016 | 1,455.67 | Jue Lan Club |
| 7/3/2016 | 787.84 | Jue Lan Club |
| 7/1/2016 | 763.51 | Old Homestead |
| 6/27/2016 | 1,731.80 | Tao New York |
| 6/27/2016 | 2,278.23 | Tao New York |
| 6/24/2016 | 101.86 | Catch New York Restaurant |
| 6/14/2016 | 850.09 | Bodega Negra Dream Beach |
| 6/11/2016 | 1,233.00 | Lavo Restaurant |
| 6/3/2016 | 418.42 | Jue Lan Club |

| Date | Amount | Description |
|---|---:|---|
| 5/25/2016 | 24.60 | Catch New York Restaurant |
| 5/25/2016 | 283.99 | Catch New York Restaurant |
| 5/23/2016 | 50.37 | Bagatelle |
| 5/23/2016 | 823.94 | Old Homestead |
| 5/20/2016 | 164.90 | Old Homestead |
| Total | 46,373.36 | |

