Exhibit A(5): William McFarland Bank Account Transportation Expenses (May 2016 – April 2017)

| Date | Amount | Name | Description |
|------|--------|------|-------------|
| 4/18/2017 | 2,010.95 | Santander Consumer - auto loan | |
| 4/18/2017 | 221.73 | Santander Consumer - auto loan | |
| 3/23/2017 | 240.08 | Uber | |
| 3/15/2017 | 1,949.41 | Santander Consumer - auto loan | |
| 3/10/2017 | 1,138.40 | Maserati of Manhattan | |
| 3/10/2017 | 24.86 | Uber | |
| 3/10/2017 | 11.15 | Taxi | |
| 3/7/2017 | 32.28 | Uber | |
| 3/6/2017 | 47.68 | Uber | |
| 3/6/2017 | 44.62 | Uber | |
| 3/6/2017 | 12.95 | Taxi | |
| 3/4/2017 | 20.15 | Taxi | |
| 3/2/2017 | 12.96 | Uber | |
| 2/16/2017 | 2,010.94 | Santander Consumer - auto loan | |
| 2/12/2017 | 1,825.00 | Parking | |
| 2/6/2017 | 185.13 | Uber | |
| 1/30/2017 | 22.31 | Uber | |
| 1/17/2017 | 24.73 | Uber | |
| 1/17/2017 | 20.39 | Uber | |
| 1/17/2017 | 10.12 | Uber | |
| 1/11/2017 | 2,010.94 | Santander Consumer - auto loan | |
| 1/10/2017 | 109.59 | Uber | |
| 12/29/2016 | 158.70 | Uber | |
| 12/29/2016 | 87.84 | Uber | |
| 12/28/2016 | 18.48 | Uber | |
| 12/28/2016 | 16.95 | Uber | |
| 12/28/2016 | 15.14 | Uber | |
| 12/27/2016 | 178.75 | Uber | |
| 12/27/2016 | 48.89 | Uber | |
| 12/27/2016 | 35.96 | Uber | |
| 12/27/2016 | 28.76 | Uber | |
| 12/27/2016 | 21.96 | Uber | |
| 12/27/2016 | 20.55 | Uber | |
| 12/23/2016 | 15.19 | Uber | |
| 12/23/2016 | 10.00 | Uber | |
| 12/21/2016 | 23.75 | Uber | |
| 12/21/2016 | 10.00 | Uber | |
| 12/19/2016 | 2,010.94 | Santander Consumer - auto loan | |
| 12/19/2016 | 64.59 | Uber | |
| 12/19/2016 | 45.35 | Uber | |
| 12/19/2016 | 24.06 | Uber | |
| 12/19/2016 | 23.53 | Uber | |
| 12/16/2016 | 26.78 | Uber | |
| 12/8/2016 | 15.00 | Uber | |
| 12/7/2016 | 64.99 | Uber | |
| 12/6/2016 | 22.14 | Uber | |
| 12/6/2016 | 15.57 | Uber | |
| 12/6/2016 | 15.47 | Uber | |

| Date | Amount | Description |
|---|---|---|
| 12/5/2016 | 23.93 | Uber |
| 12/5/2016 | 23.08 | Uber |
| 12/5/2016 | 22.19 | Uber |
| 12/5/2016 | 22.00 | Uber |
| 12/5/2016 | 20.99 | Uber |
| 12/5/2016 | 19.08 | Uber |
| 12/5/2016 | 18.68 | Uber |
| 12/5/2016 | 16.45 | Uber |
| 12/5/2016 | 15.34 | Uber |
| 12/2/2016 | 26.66 | Uber |
| 12/1/2016 | 24.45 | Uber |
| 12/1/2016 | 22.49 | Uber |
| 11/30/2016 | 19.22 | Uber |
| 11/28/2016 | 338.24 | Uber |
| 11/25/2016 | 168.12 | Uber |
| 11/25/2016 | 44.65 | Uber |
| 11/25/2016 | 22.51 | Uber |
| 11/22/2016 | 925.00 | Parking |
| 11/22/2016 | 97.72 | Uber |
| 11/21/2016 | 83.48 | Uber |
| 11/16/2016 | 15.95 | Taxi |
| 11/16/2016 | 9.95 | Taxi |
| 11/14/2016 | 20.30 | Taxi |
| 11/7/2016 | 9.35 | Taxi |
| 10/31/2016 | 11.62 | Taxi |
| 10/28/2016 | 14.75 | Taxi |
| 10/28/2016 | 11.60 | Taxi |
| 10/21/2016 | 18.95 | Taxi |
| 10/17/2016 | 2,010.94 | Santander Consumer - auto loan |
| 10/17/2016 | 1,942.19 | Santander Consumer - auto loan |
| 10/13/2016 | 900.00 | Parking |
| 10/3/2016 | 154.91 | Uber |
| 9/28/2016 | 900.00 | Parking |
| 9/15/2016 | 2,010.94 | Santander Consumer - auto loan |
| 9/14/2016 | 9.30 | Taxi |
| 9/12/2016 | 1,031.38 | Maserati of Manhattan |
| 9/12/2016 | 9.75 | Taxi |
| 9/12/2016 | (316.65) | Maserati of Manhattan |
| 9/8/2016 | 13.35 | Taxi |
| 9/2/2016 | 392.26 | Uber |
| 9/2/2016 | 185.99 | Uber |
| 9/2/2016 | 104.34 | Uber |
| 9/2/2016 | 67.62 | Uber |
| 9/2/2016 | 36.20 | Uber |
| 9/2/2016 | 33.51 | Uber |
| 9/2/2016 | 31.56 | Uber |
| 9/2/2016 | 29.03 | Uber |
| 9/2/2016 | 10.00 | Uber |
| 9/1/2016 | 32.59 | Uber |
| 9/1/2016 | 29.98 | Uber |



| Date | Amount | Description |
|---|---|---|
| 9/1/2016 | 22.92 | Uber |
| 9/1/2016 | 15.34 | Uber |
| 8/31/2016 | 96.87 | Uber |
| 8/31/2016 | 34.15 | Uber |
| 8/31/2016 | 18.41 | Uber |
| 8/31/2016 | 15.86 | Uber |
| 8/30/2016 | 40.69 | Uber |
| 8/30/2016 | 32.62 | Uber |
| 8/30/2016 | 31.41 | Uber |
| 8/30/2016 | 28.13 | Uber |
| 8/30/2016 | 15.41 | Uber |
| 8/30/2016 | 15.00 | Uber |
| 8/29/2016 | 400.00 | Hakim Suarez |
| 8/29/2016 | 40.30 | Uber |
| 8/29/2016 | 30.90 | Uber |
| 8/29/2016 | 20.53 | Uber |
| 8/29/2016 | 10.56 | Taxi |
| 8/26/2016 | 28.36 | Uber |
| 8/26/2016 | 24.28 | Uber |
| 8/26/2016 | 20.48 | Uber |
| 8/26/2016 | 15.00 | Uber |
| 8/25/2016 | 23.95 | Uber |
| 8/25/2016 | 22.66 | Uber |
| 8/25/2016 | 20.55 | Uber |
| 8/25/2016 | 20.16 | Uber |
| 8/25/2016 | 16.72 | Uber |
| 8/25/2016 | 16.70 | Uber |
| 8/24/2016 | 22.73 | Uber |
| 8/24/2016 | 15.00 | Uber |
| 8/24/2016 | 15.00 | Uber |
| 8/23/2016 | 25.35 | Uber |
| 8/23/2016 | 25.33 | Uber |
| 8/23/2016 | 17.19 | Uber |
| 8/23/2016 | 16.51 | Uber |
| 8/23/2016 | 15.57 | Uber |
| 8/23/2016 | 15.39 | Uber |
| 8/23/2016 | 15.00 | Uber |
| 8/23/2016 | 15.00 | Uber |
| 8/22/2016 | 28.33 | Uber |
| 8/22/2016 | 24.85 | Uber |
| 8/22/2016 | 17.73 | Uber |
| 8/19/2016 | 837.90 | Parking |
| 8/19/2016 | 44.71 | Uber |
| 8/19/2016 | 30.90 | Uber |
| 8/19/2016 | 25.60 | Uber |
| 8/19/2016 | 24.45 | Uber |
| 8/19/2016 | 17.07 | Uber |
| 8/19/2016 | 8.76 | Taxi |
| 8/18/2016 | 36.49 | Uber |
| 8/18/2016 | 30.95 | Uber |

| Date | Amount | Description |
|------|--------|-------------|
| 8/18/2016 | 19.69 | Uber |
| 8/18/2016 | 18.32 | Uber |
| 8/18/2016 | 18.01 | Uber |
| 8/18/2016 | 16.53 | Uber |
| 8/18/2016 | 15.00 | Uber |
| 8/18/2016 | 10.00 | Uber |
| 8/17/2016 | 42.41 | Uber |
| 8/17/2016 | 21.95 | Uber |
| 8/17/2016 | 19.61 | Uber |
| 8/17/2016 | 17.32 | Uber |
| 8/17/2016 | 15.29 | Uber |
| 8/17/2016 | 8.50 | Taxi |
| 8/16/2016 | 33.92 | Uber |
| 8/16/2016 | 31.72 | Uber |
| 8/16/2016 | 20.60 | Uber |
| 8/16/2016 | 17.56 | Uber |
| 8/16/2016 | 16.78 | Uber |
| 8/16/2016 | 16.28 | Uber |
| 8/16/2016 | 11.00 | Taxi |
| 8/16/2016 | 10.00 | Uber |
| 8/16/2016 | 7.54 | Taxi |
| 8/15/2016 | 5,025.00 | Prestige Yacht Charters |
| 8/15/2016 | 16.10 | Taxi |
| 8/15/2016 | 15.35 | Taxi |
| 8/12/2016 | 35.81 | Uber |
| 8/12/2016 | 32.34 | Uber |
| 8/12/2016 | 31.11 | Uber |
| 8/12/2016 | 29.02 | Uber |
| 8/12/2016 | 18.87 | Uber |
| 8/12/2016 | 17.20 | Uber |
| 8/11/2016 | 137.64 | Uber |
| 8/11/2016 | 134.17 | Uber |
| 8/11/2016 | 98.05 | Uber |
| 8/11/2016 | 92.65 | Uber |
| 8/11/2016 | 17.94 | Taxi |
| 8/11/2016 | 8.84 | Taxi |
| 8/11/2016 | 6.89 | Taxi |
| 8/11/2016 | 6.20 | Taxi |
| 8/10/2016 | 2,010.95 | Santander Consumer - auto loan |
| 8/10/2016 | 30.13 | Uber |
| 8/10/2016 | 26.96 | Uber |
| 8/10/2016 | 26.12 | Uber |
| 8/10/2016 | 22.93 | Uber |
| 8/10/2016 | 19.56 | Uber |
| 8/10/2016 | 18.36 | Uber |
| 8/9/2016 | 36.48 | Uber |
| 8/9/2016 | 23.39 | Uber |
| 8/9/2016 | 19.45 | Uber |
| 8/9/2016 | 16.05 | Uber |
| 8/8/2016 | 28.06 | Uber |

| Date | Amount | Description |
|------|--------|-------------|
| 8/8/2016 | 24.23 | Uber |
| 8/8/2016 | 16.90 | Uber |
| 8/8/2016 | 15.68 | Uber |
| 8/8/2016 | 14.04 | Taxi |
| 8/8/2016 | 8.80 | Taxi |
| 8/6/2016 | 10.14 | Taxi |
| 8/5/2016 | 27.60 | Uber |
| 8/5/2016 | 9.95 | Taxi |
| 8/5/2016 | 8.80 | Taxi |
| 8/4/2016 | 2,010.94 | Santander Consumer - auto loan |
| 8/4/2016 | 27.20 | Uber |
| 8/4/2016 | 16.68 | Uber |
| 8/4/2016 | 15.96 | Taxi |
| 8/3/2016 | 26.27 | Uber |
| 8/3/2016 | 23.39 | Uber |
| 8/3/2016 | 16.75 | Uber |
| 8/3/2016 | 7.54 | Taxi |
| 8/2/2016 | 18.85 | Uber |
| 8/2/2016 | 16.79 | Uber |
| 8/1/2016 | 21.92 | Uber |
| 8/1/2016 | 17.21 | Uber |
| 8/1/2016 | 15.51 | Uber |
| 8/1/2016 | 15.50 | Uber |
| 8/1/2016 | 8.15 | Taxi |
| 7/30/2016 | 5,671.65 | Maserati of Manhattan |
| 7/29/2016 | 117.72 | Uber |
| 7/28/2016 | 48.16 | Uber |
| 7/28/2016 | 21.98 | Uber |
| 7/28/2016 | 16.56 | Uber |
| 7/28/2016 | 15.00 | Uber |
| 7/27/2016 | 118.99 | Uber |
| 7/27/2016 | 113.54 | Uber |
| 7/27/2016 | 49.11 | Uber |
| 7/27/2016 | 31.36 | Uber |
| 7/27/2016 | 10.00 | Uber |
| 7/26/2016 | 50.54 | Uber |
| 7/26/2016 | 45.14 | Uber |
| 7/26/2016 | 27.95 | Uber |
| 7/26/2016 | 24.93 | Uber |
| 7/26/2016 | 23.67 | Uber |
| 7/25/2016 | 34.27 | Uber |
| 7/25/2016 | 29.10 | Uber |
| 7/25/2016 | 25.00 | Uber |
| 7/22/2016 | 29.30 | Uber |
| 7/22/2016 | 28.56 | Taxi |
| 7/22/2016 | 16.74 | Uber |
| 7/22/2016 | 11.62 | Taxi |
| 7/21/2016 | 20.52 | Uber |
| 7/21/2016 | 19.76 | Uber |
| 7/21/2016 | 15.80 | Uber |



| Date | Amount | Description |
|---|---|---|
| 7/20/2016 | 23.22 | Uber |
| 7/20/2016 | 20.85 | Uber |
| 7/20/2016 | 19.33 | Uber |
| 7/19/2016 | 67.39 | Taxi |
| 7/19/2016 | 20.27 | Uber |
| 7/19/2016 | 20.07 | Uber |
| 7/19/2016 | 15.42 | Uber |
| 7/19/2016 | 15.00 | Uber |
| 7/19/2016 | 9.95 | Taxi |
| 7/18/2016 | 77.12 | Uber |
| 7/18/2016 | 17.57 | Uber |
| 7/15/2016 | 68.17 | Uber |
| 7/15/2016 | 41.17 | Uber |
| 7/15/2016 | 16.46 | Uber |
| 7/11/2016 | 121.58 | Uber |
| 7/11/2016 | 23.00 | Uber |
| 7/11/2016 | 21.54 | Uber |
| 7/8/2016 | 31.57 | Uber |
| 7/8/2016 | 22.00 | Uber |
| 7/8/2016 | 18.35 | Uber |
| 7/8/2016 | 16.67 | Uber |
| 7/8/2016 | 15.60 | Uber |
| 7/8/2016 | 14.76 | Taxi |
| 7/8/2016 | 10.00 | Uber |
| 7/7/2016 | 900.00 | Parking |
| 7/7/2016 | 23.41 | Uber |
| 7/7/2016 | 16.96 | Uber |
| 7/6/2016 | 16.18 | Uber |
| 7/6/2016 | 15.86 | Uber |
| 7/6/2016 | 13.56 | Taxi |
| 7/5/2016 | 5,500.00 | Hamptons Yacht Charters |
| 7/5/2016 | 1,250.00 | Hakim Suarez |
| 7/5/2016 | 275.00 | Hakim Suarez |
| 7/5/2016 | 121.42 | Uber |
| 7/5/2016 | 109.94 | Uber |
| 7/5/2016 | 59.89 | Uber |
| 7/5/2016 | 32.95 | Uber |
| 7/2/2016 | 35.97 | Uber |
| 7/1/2016 | 72.00 | Parking |
| 7/1/2016 | 30.49 | Uber |
| 6/30/2016 | 28.76 | Uber |
| 6/30/2016 | 24.35 | Taxi |
| 6/30/2016 | 18.47 | Uber |
| 6/30/2016 | 8.15 | Taxi |
| 6/29/2016 | 59.66 | Uber |
| 6/29/2016 | 46.78 | Uber |
| 6/29/2016 | 16.05 | Uber |
| 6/29/2016 | 15.96 | Uber |
| 6/29/2016 | 15.70 | Uber |
| 6/29/2016 | 15.57 | Uber |

| Date | Amount | Description |
|---|---|---|
| 6/29/2016 | 15.00 | Uber |
| 6/28/2016 | 16.25 | Uber |
| 6/28/2016 | 16.11 | Uber |
| 6/27/2016 | 34.41 | Uber |
| 6/27/2016 | 24.21 | Uber |
| 6/27/2016 | 15.36 | Taxi |
| 6/27/2016 | 14.04 | Taxi |
| 6/27/2016 | 11.62 | Taxi |
| 6/24/2016 | 38.73 | Uber |
| 6/24/2016 | 36.50 | Uber |
| 6/24/2016 | 36.24 | Uber |
| 6/24/2016 | 16.02 | Uber |
| 6/24/2016 | 15.00 | Uber |
| 6/24/2016 | 8.10 | Uber |
| 6/23/2016 | 47.66 | Uber |
| 6/23/2016 | 40.83 | Uber |
| 6/23/2016 | 32.80 | Uber |
| 6/23/2016 | 23.72 | Uber |
| 6/23/2016 | 23.21 | Uber |
| 6/23/2016 | 21.11 | Uber |
| 6/23/2016 | 20.41 | Uber |
| 6/23/2016 | 19.18 | Uber |
| 6/22/2016 | 17.26 | Uber |
| 6/21/2016 | 15.89 | Uber |
| 6/21/2016 | 12.74 | Taxi |
| 6/20/2016 | 2,010.94 | Santander Consumer - auto loan |
| 6/18/2016 | 223.53 | Uber |
| 6/18/2016 | 64.39 | Uber |
| 6/18/2016 | 55.23 | Uber |
| 6/16/2016 | 67.23 | Uber |
| 6/16/2016 | 20.39 | Uber |
| 6/15/2016 | 15.54 | Uber |
| 6/14/2016 | 45.09 | Uber |
| 6/14/2016 | 23.60 | Uber |
| 6/14/2016 | 23.27 | Uber |
| 6/14/2016 | 18.22 | Uber |
| 6/14/2016 | 9.96 | Taxi |
| 6/13/2016 | 56.86 | Uber |
| 6/13/2016 | 41.79 | Uber |
| 6/13/2016 | 11.40 | Taxi |
| 6/10/2016 | 38.92 | Uber |
| 6/10/2016 | 15.00 | Uber |
| 6/10/2016 | 15.00 | Uber |
| 6/10/2016 | 12.96 | Taxi |
| 6/9/2016 | 36.90 | Uber |
| 6/9/2016 | 30.40 | Uber |
| 6/9/2016 | 26.36 | Uber |
| 6/9/2016 | 25.90 | Uber |
| 6/9/2016 | 15.00 | Uber |
| 6/9/2016 | 10.00 | Uber |



| Date | Amount | Description |
|---|---|---|
| 6/8/2016 | 40.59 | Uber |
| 6/8/2016 | 30.74 | Uber |
| 6/8/2016 | 20.36 | Uber |
| 6/8/2016 | 16.38 | Uber |
| 6/8/2016 | 15.77 | Uber |
| 6/8/2016 | 10.56 | Taxi |
| 6/7/2016 | 20.48 | Uber |
| 6/7/2016 | 16.14 | Uber |
| 6/7/2016 | 15.00 | Uber |
| 6/6/2016 | 198.82 | Uber |
| 6/6/2016 | 56.48 | Uber |
| 6/6/2016 | 21.01 | Uber |
| 6/6/2016 | 20.45 | Uber |
| 6/6/2016 | 9.36 | Taxi |
| 6/3/2016 | 23.77 | Uber |
| 6/3/2016 | 19.75 | Taxi |
| 6/3/2016 | 18.71 | Uber |
| 6/3/2016 | 10.00 | Uber |
| 6/2/2016 | 31.50 | Uber |
| 6/2/2016 | 16.88 | Uber |
| 6/2/2016 | 16.22 | Uber |
| 6/1/2016 | 15.87 | Uber |
| 6/1/2016 | 15.00 | Uber |
| 5/31/2016 | 218.52 | Uber |
| 5/31/2016 | 121.29 | Uber |
| 5/31/2016 | 120.67 | Uber |
| 5/31/2016 | 17.58 | Uber |
| 5/27/2016 | 48.49 | Uber |
| 5/27/2016 | 29.16 | Taxi |
| 5/26/2016 | 76.43 | Uber |
| 5/26/2016 | 52.20 | Uber |
| 5/26/2016 | 28.76 | Uber |
| 5/26/2016 | 27.42 | Uber |
| 5/26/2016 | 15.46 | Uber |
| 5/26/2016 | 10.00 | Uber |
| 5/26/2016 | 7.50 | Taxi |
| 5/25/2016 | 16.62 | Uber |
| 5/25/2016 | 13.56 | Taxi |
| 5/25/2016 | 10.56 | Taxi |
| 5/24/2016 | 16.22 | Uber |
| 5/24/2016 | 6.95 | Taxi |
| 5/23/2016 | 18.82 | Uber |
| 5/23/2016 | 15.00 | Uber |
| 5/20/2016 | 15.76 | Uber |
| 5/20/2016 | 15.00 | Uber |
| 5/18/2016 | 22.58 | Uber |
| 5/18/2016 | 15.00 | Uber |
| 5/17/2016 | 20.07 | Uber |
| 5/17/2016 | 15.00 | Uber |
| 5/16/2016 | 2,010.94 | Santander Consumer - auto loan |

| Date | Amount | Type |
|---|---|---|
| 5/16/2016 | 112.72 | Uber |
| 5/16/2016 | 107.55 | Uber |
| 5/16/2016 | 22.95 | Uber |
| 5/16/2016 | 13.87 | Uber |
| 5/16/2016 | 13.43 | Uber |
| 5/16/2016 | 10.00 | Uber |
| 5/16/2016 | 8.19 | Taxi |
| 5/16/2016 | 7.50 | Uber |
| 5/16/2016 | 5.64 | Uber |
| 5/14/2016 | 16.74 | Uber |
| 5/14/2016 | 10.80 | Uber |
| 5/13/2016 | 11.30 | Taxi |
| 5/12/2016 | 107.79 | Uber |
| 5/12/2016 | 16.42 | Uber |
| 5/12/2016 | 15.00 | Uber |
| 5/12/2016 | 7.80 | Taxi |
| 5/11/2016 | 28.46 | Uber |
| 5/11/2016 | 19.06 | Uber |
| 5/11/2016 | 17.87 | Uber |
| 5/11/2016 | 8.19 | Taxi |
| 5/9/2016 | 109.88 | Uber |
| 5/9/2016 | 17.40 | Uber |
| 5/9/2016 | 15.56 | Uber |
| 5/6/2016 | 38.15 | Taxi |
| 5/6/2016 | 15.88 | Uber |
| 5/6/2016 | 7.55 | Taxi |
| 5/5/2016 | 25.00 | Uber |
| 5/5/2016 | 16.05 | Uber |
| 5/5/2016 | 6.96 | Taxi |
| 5/4/2016 | 15.05 | Uber |
| 5/4/2016 | 7.41 | Uber |
| 5/2/2016 | 22.48 | Uber |
| 5/2/2016 | 15.46 | Uber |
| 5/2/2016 | 8.15 | Taxi |
| Total | 63,960.92 | |

