Exhibit A(6): William McFarland Bank Account Clothing Expenses (May 2016 – April 2017)

| Date | Amount | Name | Description |
|---|---|---|---|
| 11/3/2016 | 16,381.47 | Barneys New York | ■ |
| 10/27/2016 | 3,421.85 | Fifth Avenue | ■ |
| 10/13/2016 | 19,313.23 | Barneys New York | ■ |
| 7/30/2016 | 2,242.86 | Barneys New York | ■ |
| Total | 41,359.41 | | |