Exhibit A(7): William McFarland Bank Account Miscellaneous Expenses  (May 2016 – April 2017)

| Date | Amount | Name | Description |
|---|---|---|---|
| 4/26/2017 | 175.70 | Con Ed | |
| 4/26/2017 | 11.96 | Apple | |
| 4/26/2017 | 9.99 | Apple | |
| 4/25/2017 | 32.27 | Trycaviar Food Delivery | |
| 4/13/2017 | 10.88 | Apple | |
| 4/13/2017 | 9.99 | Apple | |
| 4/10/2017 | 42.45 | Seamless Food Delivery | |
| 4/10/2017 | 35.87 | Seamless Food Delivery | |
| 3/30/2017 | 2.99 | Apple | |
| 3/29/2017 | 529.07 | Verizon Wireless | |
| 3/28/2017 | 877.98 | Con Ed | |
| 3/28/2017 | 200.00 | Cleaning | |
| 3/27/2017 | 48.00 | Seamless Food Delivery | |
| 3/27/2017 | 20.19 | Seamless Food Delivery | |
| 3/27/2017 | 9.99 | Apple | |
| 3/24/2017 | 44.16 | Seamless Food Delivery | |
| 3/23/2017 | 90.13 | Seamless Food Delivery | |
| 3/23/2017 | 8.97 | Apple | |
| 3/22/2017 | 42.45 | Seamless Food Delivery | |
| 3/15/2017 | 3,069.19 | Apple | |
| 3/15/2017 | 200.00 | Cleaning | |
| 3/15/2017 | 27.00 | Apple | |
| 3/15/2017 | 9.99 | Apple | |
| 3/14/2017 | 10.88 | Apple | |
| 3/13/2017 | 82.19 | Trycaviar Food Delivery | |
| 3/13/2017 | 9.80 | Apple | |
| 3/10/2017 | 272.18 | Best Buy | |
| 3/10/2017 | 23.79 | Seamless Food Delivery | |
| 3/10/2017 | 9.99 | Apple | |
| 3/9/2017 | 200.00 | Cleaning | |
| 3/9/2017 | 2.17 | Apple | |
| 3/8/2017 | 134.21 | Trycaviar Food Delivery | |
| 3/6/2017 | 150.00 | Cleaning | |
| 3/3/2017 | 71.77 | Trycaviar Food Delivery | |
| 3/3/2017 | 36.43 | Trycaviar Food Delivery | |
| 2/27/2017 | 200.00 | Cleaning | |
| 2/27/2017 | 8.97 | Apple | |
| 2/24/2017 | 64.62 | Trycaviar Food Delivery | |
| 2/24/2017 | 22.60 | Trycaviar Food Delivery | |
| 2/23/2017 | 8.97 | Apple | |
| 2/21/2017 | 49.20 | Trycaviar Food Delivery | |
| 2/17/2017 | 86.43 | Trycaviar Food Delivery | |
| 2/17/2017 | 50.20 | Trycaviar Food Delivery | |
| 2/16/2017 | 42.50 | Seamless Food Delivery | |
| 2/15/2017 | 56.82 | Trycaviar Food Delivery | |
| 2/15/2017 | (225.00) | Cleaning | |
| 2/14/2017 | 10.88 | Apple | |
| 2/14/2017 | 9.99 | Apple | |
| 2/13/2017 | 29.90 | Trycaviar Food Delivery | |
| 2/8/2017 | 500.00 | Cleaning | |
| 2/2/2017 | 5.98 | Apple | |
| 1/31/2017 | 500.00 | Cleaning | |
| 1/31/2017 | 215.72 | Verizon Wireless | |
| 1/31/2017 | 27.37 | Seamless Food Delivery | |

| Date | Amount | Description |
|---|---|---|
| 1/31/2017 | 26.52 | Seamless Food Delivery |
| 1/30/2017 | 1,157.93 | Verizon Wireless |
| 1/30/2017 | 60.10 | Seamless Food Delivery |
| 1/30/2017 | 37.71 | Trycaviar Food Delivery |
| 1/30/2017 | 30.90 | Trycaviar Food Delivery |
| 1/26/2017 | 870.99 | Best Buy |
| 1/23/2017 | 10.88 | Apple |
| 1/19/2017 | 2,560.98 | Farrow Ball |
| 1/19/2017 | 100.00 | Cleaning |
| 1/18/2017 | 67.52 | Trycaviar Food Delivery |
| 1/17/2017 | 1,837.28 | Farrow Ball |
| 1/17/2017 | 49.20 | Trycaviar Food Delivery |
| 1/17/2017 | 44.32 | Trycaviar Food Delivery |
| 1/17/2017 | 43.41 | Trycaviar Food Delivery |
| 1/17/2017 | 27.11 | Seamless Food Delivery |
| 1/17/2017 | 24.62 | Seamless Food Delivery |
| 1/17/2017 | 23.46 | Seamless Food Delivery |
| 1/12/2017 | 1,232.30 | Verizon Wireless |
| 1/10/2017 | 100.00 | Cleaning |
| 12/30/2016 | 5.98 | Apple |
| 12/28/2016 | 209.41 | Verizon Wireless |
| 12/28/2016 | 29.92 | Seamless Food Delivery |
| 12/27/2016 | 47.62 | Seamless Food Delivery |
| 12/23/2016 | 2.99 | Apple |
| 12/21/2016 | 175.00 | Cleaning |
| 12/20/2016 | 26.06 | Seamless Food Delivery |
| 12/19/2016 | 46.67 | Trycaviar Food Delivery |
| 12/19/2016 | 34.30 | Seamless Food Delivery |
| 12/19/2016 | 29.49 | Seamless Food Delivery |
| 12/15/2016 | 33.97 | Seamless Food Delivery |
| 12/14/2016 | 13.87 | Apple |
| 12/7/2016 | 82.19 | Trycaviar Food Delivery |
| 12/6/2016 | 17.65 | Seamless Food Delivery |
| 12/5/2016 | 47.22 | Trycaviar Food Delivery |
| 12/5/2016 | 21.22 | Trycaviar Food Delivery |
| 12/5/2016 | 8.97 | Apple |
| 12/2/2016 | 21.02 | Trycaviar Food Delivery |
| 12/1/2016 | 5.98 | Apple |
| 11/30/2016 | 98.68 | Trycaviar Food Delivery |
| 11/30/2016 | 45.99 | Seamless Food Delivery |
| 11/29/2016 | 209.41 | Verizon Wireless |
| 11/29/2016 | 42.19 | Seamless Food Delivery |
| 11/28/2016 | 147.95 | Trycaviar Food Delivery |
| 11/28/2016 | 23.95 | Seamless Food Delivery |
| 11/28/2016 | 2.99 | Apple |
| 11/25/2016 | 14.99 | Apple |
| 11/25/2016 | (3,000.00) | Capital Investment Realty Group |
| 11/23/2016 | 125.00 | Cleaning |
| 11/23/2016 | 46.38 | Seamless Food Delivery |
| 11/22/2016 | 5,650.00 | Capital Investment Realty Group |
| 11/16/2016 | 2.45 | Starbucks |
| 11/15/2016 | 29.71 | Seamless Food Delivery |
| 11/14/2016 | 100.00 | Cleaning |
| 11/14/2016 | 33.71 | Trycaviar Food Delivery |
| 11/14/2016 | 10.88 | Apple |
| 11/10/2016 | 160.00 | Life Time Fitness |

| Date | Amount | Description |
|---|---|---|
| 11/8/2016 | 140.65 | Trycaviar Food Delivery |
| 11/8/2016 | 100.00 | Cleaning |
| 11/8/2016 | 23.87 | Seamless Food Delivery |
| 11/8/2016 | 17.53 | Seamless Food Delivery |
| 11/7/2016 | 125.21 | Seamless Food Delivery |
| 11/7/2016 | 2.99 | Apple |
| 11/2/2016 | 250.00 | Cleaning |
| 11/2/2016 | 14.96 | Apple |
| 10/28/2016 | 5,394.04 | Pan Aqua Diving |
| 10/28/2016 | 209.41 | Verizon Wireless |
| 10/26/2016 | 90.80 | Trycaviar Food Delivery |
| 10/26/2016 | 20.34 | Seamless Food Delivery |
| 10/25/2016 | 16.13 | Seamless Food Delivery |
| 10/24/2016 | 26.17 | Trycaviar Food Delivery |
| 10/24/2016 | 15.49 | Seamless Food Delivery |
| 10/19/2016 | 100.00 | Cleaning |
| 10/19/2016 | 22.27 | Seamless Food Delivery |
| 10/18/2016 | 50.00 | Acorns Investing |
| 10/18/2016 | 50.00 | Acorns Investing |
| 10/17/2016 | 50.00 | Acorns Investing |
| 10/17/2016 | 43.62 | Trycaviar Food Delivery |
| 10/14/2016 | 100.00 | Cleaning |
| 10/14/2016 | 50.00 | Acorns Investing |
| 10/14/2016 | (13,607.75) | Acorns Investing |
| 10/13/2016 | 185.33 | Wine |
| 10/13/2016 | 84.24 | Wine |
| 10/13/2016 | 50.00 | Acorns Investing |
| 10/11/2016 | 50.00 | Acorns Investing |
| 10/11/2016 | 43.83 | Seamless Food Delivery |
| 10/11/2016 | 14.70 | Seamless Food Delivery |
| 10/7/2016 | 50.00 | Acorns Investing |
| 10/6/2016 | 50.00 | Acorns Investing |
| 10/5/2016 | 50.00 | Acorns Investing |
| 10/4/2016 | 50.00 | Acorns Investing |
| 10/4/2016 | 50.00 | Acorns Investing |
| 10/4/2016 | 50.00 | Acorns Investing |
| 10/3/2016 | 489.29 | Pan Aqua Diving |
| 10/3/2016 | 50.00 | Acorns Investing |
| 10/3/2016 | 21.34 | Seamless Food Delivery |
| 9/30/2016 | 2,160.00 | Sportspass |
| 9/30/2016 | 136.47 | Seamless Food Delivery |
| 9/30/2016 | 50.00 | Acorns Investing |
| 9/29/2016 | 50.00 | Acorns Investing |
| 9/29/2016 | 38.76 | Seamless Food Delivery |
| 9/28/2016 | 206.17 | Verizon Wireless |
| 9/28/2016 | 175.00 | Cleaning |
| 9/28/2016 | 50.00 | Acorns Investing |
| 9/28/2016 | 6.10 | Starbucks |
| 9/28/2016 | 4.25 | Starbucks |
| 9/27/2016 | 50.00 | Acorns Investing |
| 9/27/2016 | 50.00 | Acorns Investing |
| 9/27/2016 | 50.00 | Acorns Investing |
| 9/27/2016 | 8.46 | Starbucks |
| 9/26/2016 | 63.86 | Seamless Food Delivery |
| 9/26/2016 | 50.00 | Acorns Investing |
| 9/26/2016 | 38.78 | Trycaviar Food Delivery |

| Date | Amount | Description |
|------|--------|-------------|
| 9/26/2016 | 30.50 | Seamless Food Delivery |
| 9/26/2016 | 21.47 | Seamless Food Delivery |
| 9/26/2016 | 15.15 | Seamless Food Delivery |
| 9/23/2016 | 50.00 | Acorns Investing |
| 9/22/2016 | 50.00 | Acorns Investing |
| 9/22/2016 | 9.34 | Acorns Investing |
| 9/21/2016 | 50.00 | Acorns Investing |
| 9/20/2016 | 50.00 | Acorns Investing |
| 9/20/2016 | 50.00 | Acorns Investing |
| 9/20/2016 | 50.00 | Acorns Investing |
| 9/19/2016 | 50.00 | Acorns Investing |
| 9/19/2016 | 34.71 | Trycaviar Food Delivery |
| 9/19/2016 | 31.92 | Seamless Food Delivery |
| 9/16/2016 | 50.00 | Acorns Investing |
| 9/15/2016 | 50.00 | Acorns Investing |
| 9/14/2016 | 50.00 | Acorns Investing |
| 9/13/2016 | 50.00 | Acorns Investing |
| 9/13/2016 | 50.00 | Acorns Investing |
| 9/13/2016 | 50.00 | Acorns Investing |
| 9/13/2016 | 17.31 | Seamless Food Delivery |
| 9/12/2016 | 100.00 | Cleaning |
| 9/12/2016 | 50.00 | Acorns Investing |
| 9/12/2016 | 44.41 | Trycaviar Food Delivery |
| 9/12/2016 | 24.55 | Seamless Food Delivery |
| 9/12/2016 | 8.06 | Starbucks |
| 9/12/2016 | (2.00) | ATM fee |
| 9/12/2016 | (2.00) | ATM fee |
| 9/12/2016 | (3.00) | ATM fee |
| 9/9/2016 | 50.00 | Acorns Investing |
| 9/8/2016 | 50.00 | Acorns Investing |
| 9/8/2016 | 18.49 | Starbucks |
| 9/8/2016 | 8.49 | Starbucks |
| 9/7/2016 | 50.00 | Acorns Investing |
| 9/7/2016 | 39.33 | Trycaviar Food Delivery |
| 9/6/2016 | 50.00 | Acorns Investing |
| 9/6/2016 | 50.00 | Acorns Investing |
| 9/6/2016 | 50.00 | Acorns Investing |
| 9/6/2016 | 50.00 | Acorns Investing |
| 9/6/2016 | (2.00) | ATM fee |
| 9/2/2016 | 50.00 | Acorns Investing |
| 9/1/2016 | 100.00 | Cleaning |
| 9/1/2016 | 50.00 | Acorns Investing |
| 8/31/2016 | 50.00 | Acorns Investing |
| 8/31/2016 | 8.91 | Whole Foods |
| 8/30/2016 | 50.00 | Acorns Investing |
| 8/30/2016 | 50.00 | Acorns Investing |
| 8/30/2016 | 50.00 | Acorns Investing |
| 8/29/2016 | 214.45 | Verizon Wireless |
| 8/29/2016 | 144.09 | Trycaviar Food Delivery |
| 8/29/2016 | 50.00 | Acorns Investing |
| 8/29/2016 | 27.98 | Seamless Food Delivery |
| 8/26/2016 | 50.00 | Acorns Investing |
| 8/25/2016 | 50.00 | Acorns Investing |
| 8/25/2016 | 21.54 | Seamless Food Delivery |
| 8/24/2016 | 50.00 | Acorns Investing |
| 8/23/2016 | 50.00 | Acorns Investing |

| Date | Amount | Description |
|------|--------|-------------|
| 8/23/2016 | 50.00 | Acorns Investing |
| 8/23/2016 | 50.00 | Acorns Investing |
| 8/22/2016 | 50.00 | Acorns Investing |
| 8/22/2016 | 34.98 | Trycaviar Food Delivery |
| 8/19/2016 | 50.00 | Acorns Investing |
| 8/19/2016 | (2.00) | ATM fee |
| 8/19/2016 | (2.00) | ATM fee |
| 8/19/2016 | (5.99) | ATM fee |
| 8/18/2016 | 50.00 | Acorns Investing |
| 8/18/2016 | 41.66 | Wine |
| 8/18/2016 | 9.99 | Acorns Investing |
| 8/17/2016 | 50.00 | Acorns Investing |
| 8/17/2016 | 9.50 | Acorns Investing |
| 8/16/2016 | 164.58 | Trycaviar Food Delivery |
| 8/16/2016 | 78.37 | Wine |
| 8/16/2016 | 52.74 | Trycaviar Food Delivery |
| 8/16/2016 | 50.00 | Acorns Investing |
| 8/16/2016 | 50.00 | Acorns Investing |
| 8/16/2016 | 50.00 | Acorns Investing |
| 8/16/2016 | 9.07 | Acorns Investing |
| 8/16/2016 | 5.26 | Acorns Investing |
| 8/15/2016 | 66.70 | Trycaviar Food Delivery |
| 8/15/2016 | 50.60 | Acorns Investing |
| 8/15/2016 | 39.33 | Trycaviar Food Delivery |
| 8/15/2016 | 34.56 | Seamless Food Delivery |
| 8/15/2016 | 25.38 | Trycaviar Food Delivery |
| 8/15/2016 | 12.98 | Apple |
| 8/15/2016 | 7.98 | Apple |
| 8/15/2016 | (2.00) | ATM fee |
| 8/15/2016 | (2.00) | ATM fee |
| 8/12/2016 | 50.00 | Acorns Investing |
| 8/12/2016 | 7.78 | Acorns Investing |
| 8/11/2016 | 50.00 | Acorns Investing |
| 8/11/2016 | 9.24 | Acorns Investing |
| 8/10/2016 | 50.00 | Acorns Investing |
| 8/9/2016 | 100.00 | Cleaning |
| 8/9/2016 | 50.00 | Acorns Investing |
| 8/9/2016 | 50.00 | Acorns Investing |
| 8/9/2016 | 50.00 | Acorns Investing |
| 8/9/2016 | 39.05 | Seamless Food Delivery |
| 8/9/2016 | 16.21 | Seamless Food Delivery |
| 8/9/2016 | 9.89 | Acorns Investing |
| 8/9/2016 | 9.76 | Acorns Investing |
| 8/8/2016 | 6,000.00 | Byrd Hoffman Water Mill Foundation |
| 8/8/2016 | 53.84 | Seamless Food Delivery |
| 8/8/2016 | 50.00 | Acorns Investing |
| 8/8/2016 | 43.07 | Trycaviar Food Delivery |
| 8/8/2016 | 21.98 | Apple |
| 8/8/2016 | 6.55 | Acorns Investing |
| 8/5/2016 | 50.00 | Acorns Investing |
| 8/5/2016 | 9.32 | Acorns Investing |
| 8/4/2016 | 50.00 | Acorns Investing |
| 8/3/2016 | 5,004.50 | Acorns Investing |
| 8/3/2016 | 50.00 | Acorns Investing |
| 8/3/2016 | 9.58 | Acorns Investing |
| 8/2/2016 | 54.80 | Acorns Investing |

| Date | Amount | Description |
|---|---|---|
| 8/2/2016 | 50.00 | Acorns Investing |
| 8/2/2016 | 50.00 | Acorns Investing |
| 8/1/2016 | 20,000.00 | Cleo Lettry Vauban |
| 8/1/2016 | 50.00 | Acorns Investing |
| 8/1/2016 | 42.59 | Trycaviar Food Delivery |
| 8/1/2016 | 8.36 | Acorns Investing |
| 7/29/2016 | 54.67 | Acorns Investing |
| 7/29/2016 | 5.41 | Acorns Investing |
| 7/29/2016 | 1.29 | Apple |
| 7/28/2016 | 211.11 | Verizon Wireless |
| 7/28/2016 | 195.16 | Wine |
| 7/28/2016 | 77.10 | Seamless Food Delivery |
| 7/28/2016 | 50.00 | Acorns Investing |
| 7/27/2016 | 106.47 | Seamless Food Delivery |
| 7/27/2016 | 50.00 | Acorns Investing |
| 7/27/2016 | 27.56 | Seamless Food Delivery |
| 7/26/2016 | 54.14 | Acorns Investing |
| 7/26/2016 | 50.00 | Acorns Investing |
| 7/26/2016 | 50.00 | Acorns Investing |
| 7/26/2016 | 17.10 | Seamless Food Delivery |
| 7/26/2016 | 9.72 | Acorns Investing |
| 7/26/2016 | 6.46 | Acorns Investing |
| 7/25/2016 | 50.00 | Acorns Investing |
| 7/22/2016 | 50.00 | Acorns Investing |
| 7/22/2016 | 5.34 | Acorns Investing |
| 7/21/2016 | 80.00 | Cleaning |
| 7/21/2016 | 50.00 | Acorns Investing |
| 7/20/2016 | 50.00 | Acorns Investing |
| 7/20/2016 | 9.00 | Acorns Investing |
| 7/19/2016 | 50.00 | Acorns Investing |
| 7/19/2016 | 50.00 | Acorns Investing |
| 7/19/2016 | 50.00 | Acorns Investing |
| 7/19/2016 | 46.53 | Trycaviar Food Delivery |
| 7/19/2016 | 9.61 | Acorns Investing |
| 7/19/2016 | 7.57 | Acorns Investing |
| 7/18/2016 | 53.52 | Acorns Investing |
| 7/18/2016 | 32.71 | Trycaviar Food Delivery |
| 7/18/2016 | 14.87 | Apple |
| 7/18/2016 | 5.66 | Acorns Investing |
| 7/15/2016 | 50.00 | Acorns Investing |
| 7/15/2016 | 8.96 | Acorns Investing |
| 7/14/2016 | 100.00 | Cleaning |
| 7/14/2016 | 50.00 | Acorns Investing |
| 7/14/2016 | 3.99 | Apple |
| 7/13/2016 | 50.00 | Acorns Investing |
| 7/13/2016 | 14.24 | Starbucks |
| 7/13/2016 | 9.80 | Acorns Investing |
| 7/12/2016 | 54.53 | Acorns Investing |
| 7/12/2016 | 50.00 | Acorns Investing |
| 7/12/2016 | 50.00 | Acorns Investing |
| 7/11/2016 | 5.44 | Acorns Investing |
| 7/11/2016 | (5.99) | ATM fee |
| 7/11/2016 | (6.99) | ATM fee |
| 7/11/2016 | (6.99) | ATM fee |
| 7/11/2016 | (6.99) | ATM fee |
| 7/8/2016 | 50.00 | Acorns Investing |

| Date | Amount | Description |
|---|---|---|
| 7/8/2016 | 9.71 | Acorns Investing |
| 7/7/2016 | 51.47 | Acorns Investing |
| 7/6/2016 | 24,000.00 | Cleo Lettry Vauban |
| 7/6/2016 | 53.08 | Acorns Investing |
| 7/6/2016 | 47.95 | Whole Foods |
| 7/6/2016 | 45.40 | Trycaviar Food Delivery |
| 7/6/2016 | 6.20 | Starbucks |
| 7/5/2016 | 81.61 | Wine |
| 7/5/2016 | 80.00 | Cleaning |
| 7/5/2016 | 54.62 | Acorns Investing |
| 7/5/2016 | 50.00 | Acorns Investing |
| 7/5/2016 | 50.00 | Acorns Investing |
| 7/5/2016 | 50.00 | Acorns Investing |
| 7/5/2016 | 24.99 | Apple |
| 7/5/2016 | 6.54 | Acorns Investing |
| 7/5/2016 | 6.21 | Starbucks |
| 7/5/2016 | (3.00) | ATM fee |
| 7/1/2016 | 50.00 | Acorns Investing |
| 7/1/2016 | 5.62 | Acorns Investing |
| 6/30/2016 | 50.00 | Acorns Investing |
| 6/29/2016 | 100.00 | Cleaning |
| 6/29/2016 | 50.00 | Acorns Investing |
| 6/29/2016 | 38.81 | Seamless Food Delivery |
| 6/29/2016 | 9.71 | Acorns Investing |
| 6/28/2016 | 228.98 | Verizon Wireless |
| 6/28/2016 | 50.00 | Acorns Investing |
| 6/28/2016 | 50.00 | Acorns Investing |
| 6/28/2016 | 50.00 | Acorns Investing |
| 6/27/2016 | 54.41 | Acorns Investing |
| 6/27/2016 | 31.36 | Seamless Food Delivery |
| 6/27/2016 | 17.94 | Whole Foods |
| 6/27/2016 | 16.92 | Seamless Food Delivery |
| 6/27/2016 | 9.98 | Apple |
| 6/27/2016 | 9.74 | Acorns Investing |
| 6/27/2016 | 5.99 | Apple |
| 6/24/2016 | 50.00 | Acorns Investing |
| 6/23/2016 | 202.47 | Wine |
| 6/23/2016 | 50.00 | Acorns Investing |
| 6/23/2016 | 8.71 | Acorns Investing |
| 6/22/2016 | 79.12 | Trycaviar Food Delivery |
| 6/22/2016 | 54.37 | Acorns Investing |
| 6/22/2016 | 27.92 | Seamless Food Delivery |
| 6/21/2016 | 50.00 | Acorns Investing |
| 6/21/2016 | 50.00 | Acorns Investing |
| 6/21/2016 | 50.00 | Acorns Investing |
| 6/21/2016 | 5.20 | Acorns Investing |
| 6/20/2016 | 59.08 | Trycaviar Food Delivery |
| 6/20/2016 | 53.46 | Acorns Investing |
| 6/20/2016 | 5.45 | Acorns Investing |
| 6/17/2016 | 200.00 | Cleaning |
| 6/17/2016 | 50.00 | Acorns Investing |
| 6/17/2016 | 18.08 | Panera Bread |
| 6/17/2016 | 5.99 | Apple |
| 6/16/2016 | 50.00 | Acorns Investing |
| 6/16/2016 | 8.45 | Acorns Investing |
| 6/15/2016 | 50.00 | Acorns Investing |

| Date | Amount | Description |
|---|---:|---|
| 6/15/2016 | 8.58 | Acorns Investing |
| 6/14/2016 | 50.00 | Acorns Investing |
| 6/14/2016 | 50.00 | Acorns Investing |
| 6/14/2016 | 50.00 | Acorns Investing |
| 6/14/2016 | 26.29 | Seamless Food Delivery |
| 6/14/2016 | 9.97 | Acorns Investing |
| 6/13/2016 | 98.42 | Trycaviar Food Delivery |
| 6/13/2016 | 50.25 | Acorns Investing |
| 6/13/2016 | 47.67 | Trycaviar Food Delivery |
| 6/13/2016 | 23.22 | Trycaviar Food Delivery |
| 6/13/2016 | 15.80 | Seamless Food Delivery |
| 6/13/2016 | 12.87 | Whole Foods |
| 6/13/2016 | 5.84 | Acorns Investing |
| 6/10/2016 | 50.00 | Acorns Investing |
| 6/9/2016 | 87.09 | Wine |
| 6/9/2016 | 50.00 | Acorns Investing |
| 6/8/2016 | 52.76 | Trycaviar Food Delivery |
| 6/8/2016 | 50.00 | Acorns Investing |
| 6/8/2016 | 9.12 | Acorns Investing |
| 6/7/2016 | 53.70 | Acorns Investing |
| 6/7/2016 | 50.00 | Acorns Investing |
| 6/7/2016 | 50.00 | Acorns Investing |
| 6/7/2016 | 9.95 | Acorns Investing |
| 6/7/2016 | (2.00) | ATM fee |
| 6/7/2016 | (2.00) | ATM fee |
| 6/6/2016 | 100.00 | Cleaning |
| 6/6/2016 | 50.00 | Acorns Investing |
| 6/6/2016 | 46.83 | Seamless Food Delivery |
| 6/6/2016 | (3.00) | ATM fee |
| 6/6/2016 | (3.00) | ATM fee |
| 6/3/2016 | 50.00 | Acorns Investing |
| 6/3/2016 | 9.34 | Acorns Investing |
| 6/2/2016 | 51.00 | Acorns Investing |
| 6/2/2016 | 28.67 | Seamless Food Delivery |
| 6/1/2016 | 54.98 | Acorns Investing |
| 6/1/2016 | 50.00 | Acorns Investing |
| 6/1/2016 | 50.00 | Acorns Investing |
| 6/1/2016 | 50.00 | Acorns Investing |
| 6/1/2016 | 8.25 | Acorns Investing |
| 5/31/2016 | 370.23 | Verizon Wireless |
| 5/31/2016 | 113.92 | Cleaning |
| 5/31/2016 | 54.79 | Acorns Investing |
| 5/31/2016 | 5.98 | Apple |
| 5/27/2016 | 50.00 | Acorns Investing |
| 5/27/2016 | 6.82 | Acorns Investing |
| 5/26/2016 | 50.00 | Acorns Investing |
| 5/26/2016 | 29.90 | Trycaviar Food Delivery |
| 5/26/2016 | 9.84 | Acorns Investing |
| 5/25/2016 | 50.00 | Acorns Investing |
| 5/25/2016 | (3.00) | ATM fee |
| 5/24/2016 | 100.00 | Cleaning |
| 5/24/2016 | 58.20 | Whole Foods |
| 5/24/2016 | 50.00 | Acorns Investing |
| 5/24/2016 | 50.00 | Acorns Investing |
| 5/24/2016 | 50.00 | Acorns Investing |
| 5/24/2016 | 31.02 | Seamless Food Delivery |

| | | |
|---|---|---|
| 5/24/2016 | 6.75 | Acorns Investing |
| 5/23/2016 | 50.00 | Acorns Investing |
| 5/23/2016 | 38.00 | Seamless Food Delivery |
| 5/23/2016 | 5.98 | Apple |
| 5/20/2016 | 50.00 | Acorns Investing |
| 5/20/2016 | 5.05 | Acorns Investing |
| 5/19/2016 | 50.00 | Acorns Investing |
| 5/19/2016 | 9.76 | Acorns Investing |
| 5/18/2016 | 1,000.00 | Acorns Investing |
| 5/18/2016 | 50.00 | Acorns Investing |
| 5/18/2016 | 50.00 | Acorns Investing |
| 5/17/2016 | 156.70 | Trycaviar Food Delivery |
| 5/17/2016 | 27.76 | Trycaviar Food Delivery |
| 5/16/2016 | 41.89 | Trycaviar Food Delivery |
| 5/16/2016 | 31.80 | Seamless Food Delivery |
| 5/12/2016 | 11.96 | Apple |
| 5/10/2016 | 100.00 | Cleaning |
| 5/9/2016 | 80.00 | Cleaning |
| 5/9/2016 | 46.83 | Seamless Food Delivery |
| 5/9/2016 | 22.86 | Seamless Food Delivery |
| 5/9/2016 | 17.08 | Duane Reade |
| 5/9/2016 | 8.97 | Apple |
| 5/9/2016 | 4.34 | Duane Reade |
| 5/6/2016 | 31.30 | Seamless Food Delivery |
| 5/4/2016 | 27.91 | Trycaviar Food Delivery |
| 5/2/2016 | 86.28 | Trycaviar Food Delivery |
| 5/2/2016 | 85.65 | Trycaviar Food Delivery |
| 5/2/2016 | (2.00) | ATM fee |
| 5/2/2016 | (2.00) | ATM fee |
| Total | 87,801.75 | |

