| | |
|---|---|
| **Sent:** | Mon, 1 Aug 2016 23:39:09 -0400 |
| **Subject:** | Cool Fyre News |
| **From:** | Billy McFarland |
| **To:** | |

We had a buyer come in this afternoon asking us to fill 5 international dates for $500k a piece with a few ideas for talent. A manager with one of their requested names offered 5 of their talent who are all on our platform, and the buyer agreed. $2.5mm in accepted offers! This is going to be game changing as the buyer awareness continues to increase...