```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

       - against -

WILLIAM MCFARLAND,

       Defendant.
------------------------------------X

**ORDER**

17 Cr. 600 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Yesterday this Court sua sponte ordered certain documents filed on the public docket by the defendant in this matter (Doc. 38, Ex. A; Doc. 61, Exs. A & B) to be temporarily sealed because they were filed in violation of Section 21 of the Southern District of New York Electronic Case Filing Rules & Instructions and Federal Rule of Criminal Procedure 49.1.

    The defendant is hereby **ORDERED** to forthwith re-file the documents in compliance with the aforementioned rules.

Dated:    New York, New York
            October 4, 2018

                                            */s/ Naomi Reice Buchwald*
                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE