

October 5, 2018

**BY ECF AND FAX**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. William McFarland*, 17 Cr. 600 (NRB)

Dear Judge Buchwald:

    Pursuant to the Court's October 4, 2018 Order, please find re-redacted versions of: (a) Doc. 38, Ex. A; (b) Doc. 61, Ex. A; and (c) Doc 61 Ex. B, attached to this letter as Exhibits A, B, and C, respectively. Please let us know if the Court has any questions or concerns.

                              Respectfully submitted,

                              _____/s/_____
                              Randall Jackson
                              Karen A. Chesley

**CC BY ELECTRONIC MAIL:**
AUSA Kristy Greenberg