1

CHERYL PARADIS, PSY.D. PLLC
P.O. Box 050-145
Pratt Station
Brooklyn, N.Y. 11205-00001
cherylparadis1@gmail.com

August 26, 2018

FORENSIC PSYCHOLOGICAL REPORT

William McFarland
S2 17 Cr. 600 (NRB)

This psychological evaluation of William McFarland was completed at the request of his defense attorney, Randall Jackson, Esq. I evaluated Mr. McFarland on 8/4/18 and 8/20/18 at the Metropolitan Detention Center. The evaluation consisted of a psychological examination, psychosocial assessment, and psychological testing. I obtained information about the defendant's medical, psychiatric, alcohol, drug, employment, childhood and family history.









5



6





























SUMMARY AND CONCLUSIONS

In conclusion, Mr. McFarland's history and presentation are factors which the court may wish to consider. Though he clearly has many areas of strengths related to computers and entrepreneurship, he had longstanding psychiatric problems that were never appropriately diagnosed or treated. He fulfills diagnostic criteria for Unspecified Bipolar and Related Disorder. He showed signs of emotional problems in childhood and was first taken for treatment when he was only 5-years-old. Years later he exhibited symptoms of Attention Deficit/Hyperactivity Disorder (ADHD). His family took him for evaluations and he was briefly tried on psychiatric medications. During adolescence his mother was diagnosed with breast cancer and for the next several years she underwent surgery and chemotherapy. The stress of his mother's diagnosis was enormous and Mr. McFarland coped by withdrawing into himself and focusing on his computer. Unfortunately, his family did not arrange for him to obtain the psychiatric treatment he needed.

For several years before the instant offense, McFarland was very successful in business but he continued to struggle with symptoms of psychiatric illness. He experienced symptoms consistent with an Unspecified Bipolar and Related Disorder. He also abused alcohol by binge drinking. It is possible that he used alcohol to self medicate his underlying mood disorder.

During the time period before the instant offense Mr. McFarland's psychiatric symptoms became more intense and severely impacted his thinking and decision making abilities. He was symptomatic during the time he was on pretrial release, before he was charged with a second offense. It is possible that his parents did not recognize the

severity of their son's psychiatric problems. Though he was young, he was legally an adult and they could not force him to go for a psychiatric evaluation. In my opinion, he needed psychiatric medications and  intensive psychotherapy to treat his manic or hypomanic episodes that so impaired his judgment. It is possible that, if a psychiatric evaluation had been ordered before he was on pretrial release, or if psychiatric treatment had been mandated while he was out on pretrial release, he might not have acted in the way that led to the additional charges related to NYC VIP Access.

In my opinion, at the time of the instant offenses, Mr. McFarland's mental state was compromised by a combination of factors. He was experiencing symptoms of mania or hypomania due to an treated Unspecified Bipolar and Related Disorder. He was not sleeping and felt exhausted and overwhelmed. He had a diminished capacity to foresee the consequences of his actions.

In my opinion Mr. McFarland would benefit greatly from being placed in a comprehensive treatment program that offers a range of services including psychiatric care, individual psychotherapy, and substance abuse counseling. He many strengths that make him a good candidate for treatment. He has a very supportive family, is not addicted to alcohol or drugs, and now has insight about his psychiatric problems and need for treatment. Most importantly, he is remorseful. He feels very guilty about how he has hurt others and is determined to pay restitution to those who lost so much. He is not socially isolated, quite the opposite, he needs people very much and yearns for emotional connections with others. I expect he could make a close and trusting relationship with a psychiatrist and psychotherapist that could lead to real change in his personality makeup, mental state and behavior. He is young and, in my opinion, treatment could successfully

alter the course of his life.

Respectfully submitted;

*Cheryl Paradis, Psy. D.*

Cheryl Paradis, Psy.D.
Licensed Psychologist (#0086371)
Associate Clinical Professor
State University of New York
Health Science Center at Brooklyn