

October 8, 2018

**BY ECF AND HAND**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. William McFarland*, 17 Cr. 600 (NRB)

Dear Judge Buchwald:

    As previewed in our October 5, 2018 letter, please find attached a short letter from Dr. Andrew Levin relevant to sentencing. Please let us know if the Court has any questions or concerns.

        Respectfully submitted,

        _____/s/_____
        Randall Jackson
        Karen A. Chesley

**CC BY ELECTRONIC MAIL:**
AUSA Kristy Greenberg