# EXHIBIT A



**U.S. Department of Justice**
**United States Marshals Service**
*Southern District of New York*

*500 Pearl Street, Suite 400*
*New York, New York 10007*
*Telephone (212) 331-7200*
*Facsimile (212) 637-6130*

February 5, 2019

First Western Trust
6501 E. Belleview Avenue
Englewood, CO 80111
Attention: Fabian Duran

RE:  U.S.A. v. William McFarland - Case No. 17 CR 600 (NRB)

Dear Sir;

Attached please find a copy of the "Preliminary Order of Forfeiture as to Substitute Assets" issued by the United States District Court for the Southern District of New York on January 14, 2019 in the above listed case.

The Preliminary Order of Forfeiture as to Substitute Assets (page 5, paragraph 3) authorizes the United States Marshals Service that "Upon entry of this Preliminary Order of Forfeiture of Substitute Assets, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Substitute Assets and to keep them in its secure, custody and control." The Order (page 4, letter c) identifies the Specific Property as:

"Any and all funds on deposit in account number ■■■■■2468 held in the name of Fyre Festival, L.L.C. at First Western Trust and all funds traceable thereto;"

You are ordered to remit, as soon as possible, the entire current balance in the account to the U.S. Marshals Service. <u>Upon remittance of the account balance, the final closing bank statement listing the account number and registered account holder SHALL be attached.</u>

EXHIBIT A

Please reference "Case No. 17 CR 600 (NRB)" on the cashier's check, to ensure proper application of the remittance.

Please mail all remittance to the below address:

    **United States Marshals Service**
    **500 Pearl Street, Suite 400**
    **New York, NY 10007**
    **Attn: Charlsie Cameron, Property Management Specialist**

Thank you in advance for your assistance and cooperation with this matter. If you have any questions please contact Charlsie Cameron, Property Management Specialist (212) 331-7113 or Michael Conroy, Records Examiner/Analyst (212) 331-7112.

Sincerely,


Michael Greco
UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK


BY:   Michael S. Case
      District Asset Forfeiture Coordinator

Encl: "Preliminary Order of Forfeiture as to Substitute Assets"

EXHIBIT A

**CASHIERS CHECK**   23-701/1020

**FIRSTwestern TRUST** Denver

CHECK NO.   9000000604
ISSUE DATE   02/06/2019

PAY ONLY *****196000*00 CTS CTS

AMOUNT   *****$196,000.00

ONE HUNDRED NINETY-SIX THOUSAND DOLLARS AND ZERO CENTS **********                                             DOLLARS

Pay to the Order of:   **US Marshals Service**

REMITTER:   First Western Trust Bank

MEMO:   Case No. 17 CR 600 (NRB)

**NON-NEGOTIABLE BANK COPY**

AUTHORIZED SIGNATURE

⑨000000604⑾ ⑽10 2007011⑾ 9990003⑾        600 ⑾0019600000⑾

---

**CASHIERS CHECK**   23-701/1020

**FIRSTwestern TRUST** Denver

CHECK NO.   9000000604
ISSUE DATE   02/06/2019

PAY ONLY *****196000*00 CTS CTS

AMOUNT   *****$196,000.00

ONE HUNDRED NINETY-SIX THOUSAND DOLLARS AND ZERO CENTS **********                                             DOLLARS

Pay to the Order of:   **US Marshals Service**

REMITTER:   First Western Trust Bank

MEMO:   Case No. 17 CR 600 (NRB)

**NON-NEGOTIABLE CUSTOMER COPY**

AUTHORIZED SIGNATURE

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

**CASHIERS CHECK**   23-701/1020

**FIRSTwestern TRUST** Denver

CHECK NO.   9000000604
ISSUE DATE   02/06/2019

PAY ONLY *****196000*00

AMOUNT   *****$196,000.00

ONE HUNDRED NINETY-SIX THOUSAND DOLLARS AND ZERO CENTS **********                                             DOLLARS

Pay to the Order of:   **US Marshals Service**

REMITTER:   First Western Trust Bank

MEMO:   Case No. 17 CR 600 (NRB)

AUTHORIZED SIGNATURE

⑨000000604⑾ ⑽10 2007011⑾ 9990003⑾

**EXHIBIT A**