# HANTMAN & ASSOCIATES

ATTORNEYS AT LAW
1120 Avenue of the Americas
4th Floor
New York, New York 10036
(P) 212-684-3933
(F) 212-465-2192
www.Hantmanlaw.com

**ROBERT J. HANTMAN**
rhantman@hantmanlaw.com
New York, New Jersey, & Florida Bars

April 16, 2020

**VIA ELECTRONIC FILING AND FAX**

The Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Inmate William McFarland, United States Marshal #91186-054;**
**Index #: 1:17-cr-00600-NRB-1; Request for Compassionate Release**

Dear Judge Buchwald;

As you are aware from our filing on April 14, 2020, our firm represents the above-referenced inmate, William McFarland, on his request for compassionate release, pursuant to 18 U.S.C. § 3582(c), 28 C.F.R. § 571.61,

In our rush to file we inadvertently did not include all the charges he pled guilty to which are as follows; two counts of wire fraud, one count of wire fraud while on pretrial release, one count of bank fraud while on pretrial release, and making false statements to a federal law enforcement officer,

As this is a public filing we thought it necessary to correct the record and we apologize for any inconvenience.

Respectfully submitted
/s/ Robert J Hantman_____
Robert J Hantman

FLORIDA
HANTMAN & ASSOCIATES
650 WEST AVENUE
SUITE 2408
MIAMI BEACH, FL 33139

NEW JERSEY
JOSEPH J. FERRARA
OF COUNSEL
111 PATERSON AVENUE
HOBOKEN, NJ 07030

FLORIDA
ENTIN & DELLA FERA, P.A.
OF COUNSEL
110 SE 6TH ST., SUITE 1970
FORT LAUDERDALE, FL 33301

PLEASE SEND ALL CORRESPONDENCE TO THE NEW YORK, NY ADDRESS LISTED ABOVE.