UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

WILLIAM McFARLAND,

                Defendant.

Sealing Order

S2 17 Cr. 600 (NRB)

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Kristy J. Greenberg, Assistant United States Attorney, of counsel; it is hereby ORDERED that:

Consistent with Federal Rule of Criminal Procedure 49.1 and Southern District of New York Electronic Case Filing Rules and Instructions Section 21, to protect the privacy interest of the defendant in his medical records, the medical records attached to the Government's opposition to the defendant's motion for compassionate release shall be filed under seal, except that copies may be retained and used or disclosed by the Government or the Clerk's Office, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

    April 27, 2020

                                          UNITED STATES DISTRICT JUDGE

09.10.2013