# EXHIBIT D

```
 NERBE   540*23  *           SENTENCE MONITORING          *    04-21-2020
PAGE 001         *            COMPUTATION DATA            *    10:59:38
                             AS OF 04-21-2020


REGNO..: 91186-054 NAME: MCFARLAND, WILLIAM


FBI NO...........: DXHH4AD5J              DATE OF BIRTH:              AGE:   28
ARS1.............: ELK/A-DES
UNIT.............:                         QUARTERS.....:
DETAINERS........: NO                      NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 02-28-2023

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-30-2023 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 17 CR 600
JUDGE...........................: BUCHWALD
DATE SENTENCED/PROBATION IMPOSED: 10-11-2018
DATE COMMITTED..................: 01-08-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $500.00        $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $26,378,682.56

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  820     COMMUNICATIONS ACT
OFF/CHG: 18:1343 WIRE FRAUD.(CT S1:1&2)18:1343&3147:WIRE FRAUD WHILE ON
         PRETRIAL RELEASE.(CT S2:1)18:1344 & 3147:BANK FRAUD WHILE ON
         PRE TRAIL RELEASES.(CT S2:2) 18:1001 MAKING FALSE STATEMENTS
         TO FEDERAL LAW ENFORCEMENT.(CT S2:3)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     72 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 06-30-2017




G0002        MORE PAGES TO FOLLOW . . .
```

WM000101

```
 NERBE   540*23  *           SENTENCE MONITORING           *    04-21-2020
PAGE 002 OF 002  *            COMPUTATION DATA             *    10:59:38
                              AS OF 04-21-2020

 REGNO..: 91186-054 NAME: MCFARLAND, WILLIAM


 ------------------------CURRENT COMPUTATION NO: 010 ------------------------

 COMPUTATION 010 WAS LAST UPDATED ON 09-13-2019 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 01-25-2019 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 010: 010 010

 DATE COMPUTATION BEGAN..........: 10-11-2018
 TOTAL TERM IN EFFECT............:     72 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:      6 YEARS
 EARLIEST DATE OF OFFENSE........: 06-30-2017

 JAIL CREDIT.....................:     FROM DATE    THRU DATE
                                       06-30-2017   07-01-2017
                                       06-12-2018   10-10-2018

 TOTAL PRIOR CREDIT TIME.........: 123
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 284
 TOTAL GCT EARNED................: 54
 STATUTORY RELEASE DATE PROJECTED: 08-30-2023
 EXPIRATION FULL TERM DATE.......: 06-09-2024
 TIME SERVED.....................:      1 YEARS      10 MONTHS     12 DAYS
 PERCENTAGE OF FULL TERM SERVED..:  31.1

 PROJECTED SATISFACTION DATE.....: 08-30-2023
 PROJECTED SATISFACTION METHOD...: GCT REL

 REMARKS.......: 9-13-19 UPDATED GCT D/MPA.




 S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

WM000102