

From: Entrepreneur University
Schleussnerstraße 56c
63263 Neu-Isenburg, Germany

13rd January 2023

To: Whom it may concern

**Offer letter: Invitation to participate at the Founder Summit in Germany**

Dear ladies and gentlemen,

We are writing to formally offer Billy McFarland the opportunity to speak at our non-profit educational conference, The Founder Summit, on the topic of entrepreneurship. We believe that Billy's unique business insights and experiences as an entrepreneur and founder would greatly benefit our audience and add valuable insights to the conversation.

The conference will be held at RheinMain CongressCenter, Friedrich-Ebert-Allee 1, 65185 Wiesbaden Germany, on April 15th and 16th, 2023, and we require Billy's in-person attendance for these dates. We understand that there may be some necessary legal steps that need to be taken for Billy to travel, and we will make every effort to ensure a smooth process.

The compensation for Billy's participation in the event is €17.700 Euro (marking the current rate of $19,212.46 USD). We want to make it clear that online appearance is not an option by any means and he must be physically present for our event. Please note that this offer letter is intended solely for the purpose of obtaining legal approval for Billy's travel and is not a binding agreement for his participation in the event or for payment of compensation. A separate agreement for his actual participation and compensation will be entered into once Billy has received approval for the trip and will not be considered valid until signed by both parties. In the event that legal approval for Billy's travel is not granted or he is unable to attend the conference for any reason, we are released from any liability or obligation to pay the agreed upon compensation.

We look forward to working with Billy and making this event a success. Please let us know if there is anything else we can provide to assist with the legal approval process.

Sincerely,

*[signature]*

Robin Söder
CEO of the Entrepreneur University & Founder Summit